UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VOLKSWAGEN AG, AUDI AG, and VOLKSWAGEN GROUP OF AMERICA, INC., <br><br>Plaintiffs, <br><br>v. <br><br>THE UNINCORPORATED ASSOCIATIONS IDENTIFIED IN SCHEDULE A, <br><br>Defendants. | Civil Action No. 1:17-cv-970-AJT-IDD |

### ORDER

This Court, having considered the Motion by Plaintiffs Volkswagen AG, Audi AG, and Volkswagen Group of America (collectively "Plaintiffs") to file redacted versions of (1) Schedule A to the Complaint, which includes a list of eBay account names and email addresses used by Defendants; (2) Exhibits 3 and 4 to the Complaint, which contain screenshots of the Defendants' eBay listings; (3) Exhibits 5 and 6 to the Complaint, which contain pictures of the mailing labels of Defendants' counterfeit goods; (4) Exhibits 7 and 8 to the Complaint, which contain pictures of Defendants' counterfeit goods; and (5) Plaintiff's memorandum of law in support of its *ex parte* motion for a temporary restraining order including temporary asset restraint and expedited discovery and for good cause shown, it is hereby

ORDERED that the Motion shall be, and hereby is, granted; and it is further

ORDERED that once the temporary restraining order has been served on the relevant parties and the requested actions taken, Plaintiffs shall move to unseal these documents.

So Ordered

/s/

Leonie M. Brinkema    9/5/17
United States District Judge