# Exhibit 3

# Volkswagen Counterfeit Goods
# on eBay Auctions

# aliju2003syed's

# Volkswagen Counterfeit Goods Auction



Sell | My eBay

ebay    Search...    All Categories    ▼

Back to home page | Listed in category: eBay Motors > Parts & Accessories > Car & Truck Parts > Wheels, Tires & Parts > Wheel Center Caps

**NEW 4X VW golf Jetta passat Tiguan EOS BLUE Center Wheel Caps 3B7 601 171**

★ ★ ★ ★ ☆ 13 product ratings

| Item condition: | New |
| --- | --- |
| Compatibility: | See compatible vehicles |
| Quantity: | 1    2 available / 1 sold |

Price: **US $24.99**    **Buy It Now**

**Add to cart**

○ Add to watch list
★ Add to collection

30-day returns | New condition | Located in United States

Shipping: **$4.99** Economy Shipping | See details
Item location: Houston, Texas, United States
Ships to: United States

Delivery: Estimated on or before **Mon. Aug. 07** to 22015 ⓘ

Payments: **PayPal** VISA ▭ ▭ DISCOVER
Credit Cards processed by PayPal

**PayPal CREDIT**
Get more time to pay. Apply Now | See terms
See details

Returns: 30 days money back, buyer pays return shipping | See details

Guarantee: **ebay** MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

✉ f ▪ ▪ | Add to watch li

**Seller Information**
alifu2003syed (183 ★)
96.4% Positive feedback

+ Follow this seller
See other items

**Apply Now.**
Study at Canada's No. 1 Animation School!
VANCOUVER FILM SCHOOL

$ Have one to sell?   **Sell now**

---

People who viewed this item also viewed    Feedback on our suggestions

     

SPONSORED
(4) Red Wheel Center Hu b Caps VW Volkswagen
$16.10
$18.95
Free shipping

SPONSORED
OEM Wheel Rim Hub Log o Cover 65mm 4pcs Cent
$15.19
Free shipping

SPONSORED
OEM Wheel Rim Hub Log o Cover 65mm 4pcs Cent
$15.19
$21.70
Free shipping

SPONSORED
Hub Logo Cover OEM Wh eel Rim 65mm 4pcs Ce
$15.19
$21.70
Free shipping

4pcs 65mm VW wheel ce nter caps For VW EOS G
$7.11
$7.99
+ Shipping

NEW 4X VW golf Jetta pa ssat Tiguan EOS BLUE
$19.94
$20.99
+ Shipping

---

**Description**    **Shipping and payments**    Report item

eBay Item number: 182233066710

Seller assumes all responsibility for this listing.

Last updated on  Jul 13, 2017 11:08:33 PDT  View all revisions

## Compatibility

Please choose your vehicle year, make and model for specific results.

| Year | Make | Model | Trim | Engine | |
|---|---|---|---|---|---|
| -Select- ▼ | -Select- ▼ | -Select- ▼ | All Trims ▼ | All Engines ▼ | Go |

☑ Save to My Vehicles to finds parts faster

[show all compatible vehicles]

### This part is compatible with 333 vehicle(s).

| Notes | Year | Make | Model | Trim | Engine |
|---|---|---|---|---|---|
| | 2011 | Volkswagen | Eos | Comfortline Convertible 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2011 | Volkswagen | Eos | Highline Convertible 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2011 | Volkswagen | Eos | Komfort Convertible 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2011 | Volkswagen | Eos | Lux Convertible 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2011 | Volkswagen | Jetta | Active Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Base Sedan 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Bicentenario Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Comfortline Sedan 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Comfortline Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Comfortline Wagon 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Comfortline Wagon 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Highline Sedan 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Highline Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Highline Wagon 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Highline Wagon 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | S Sedan 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | S Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | S Wagon 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | S Wagon 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | SE Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |

Page 1 of 17                    **1**  2  3  4  5  6  7  8  9  10 ›

Portions of the information contained in this table have been provided by aliju2003eyad

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Manufacturer Part Number: | 3B7 801 171 |
| Brand: | Unbranded | Interchange Part Number: | BORA JETTA MK4 GOLF POLO PASSAT |

**This auction is for** *One Set of **4** Brand New Volks Wagon **BLUE** WHEEL CENTER CAPS*

*FITS= VW Jetta, Golf, Passat, EOS, Tiguan and most VW OEM wheels*

**Out side diameter =** *2.55 inch (65mm),*

*clip diameter approx. 2.16 inch (55mm)*

**Part number** **3B7 601 171**

*Its buyers responsibility to check their center caps and compare with this set.*

*( please measure your Wheel Caps before bidding )*

*Fits VW Original Wheels Rims.*
*Very easy installation*
*Please check your application.*
*Package include 4 pcs.*



**Questions and answers about this item**

No questions or answers have been posted about this item.

**Ask a question**

## Ratings and Reviews

Write a review

**4.4**
★★★★⯪
13 product ratings

★ 5 ▬▬▬▬▬▬▬ 9
★ 4 ▬▬ 2
★ 3 ▪ 1
★ 2 0
★ 1 ▪ 1

**90%** Would recommend
**100%** Good value
**100%** Good quality

### Most relevant reviews

See all 8 reviews

★★★☆☆
by ebahreddin
Jul 28, 2017

**No the right size**

Did not fit my stock vw tire that was listed. I scuffed up one cap trying to get it to pop in. Assuming I can not return a damaged cap, Im out $15.

Verified purchase: Yes | Condition: New | Sold by: nastyisc

👍(0)  💬(0)  !

★★★★★
by kwabea12
Jun 07, 2017

**Good one**

I love it it is really good

Verified purchase: Yes | Condition: New | Sold by: e-tecmarket

👍(0)  💬(0)  !



★★★★★
by siaudukes
Apr 05, 2017

**Incredible**

It's so fast and the items quality is high. No words, best and fastest delivery.

Verified purchase: Yes | Condition: New | Sold by: catwok99

👍 (0)   👎 (0)   !

★★★★★
by xguzman
Jun 12, 2017

**Is really good for the price**

Verified purchase: Yes | Condition: Pre-Owned | Sold by: glob_store

👍 (0)   👎 (0)   !

★★★★★
by kleenjezign
Jun 30, 2017

**Great!**

As Described.

Verified purchase: Yes | Condition: Pre-Owned | Sold by: deluxe-choice

👍 (0)   👎 (0)   !



**Canada's Best Creative Technology Education.**

**Apply Now**

VANCOUVER FILM SCHOOL

Back to home page                                                                                                Return to t

**More to explore :**  Volkswagen Tiguan Wheel Center Caps,  Volkswagen Eos Wheel Center Caps,  Volkswagen Jetta Wheel Center Caps,  Volkswagen Passat Wheel Center Caps,
Volkswagen Passat CC Wheel Center Caps,  Volkswagen Golf Wheel Center Caps

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ

# auto_nation2000's

# VW Counterfeit Goods Auction



Sell | My eBay

**ebay** | Search... | All Categories ▼ | Q

< Back to home page | Listed in category: eBay Motors > Parts & Accessories > Car & Truck Parts > Wheels, Tires & Parts > Wheel Center Caps

## NEW 4X VW golf Jetta passat Tiguan EOS BLUE Center Wheel Caps 3B7 601 171

★★★★☆ 13 product ratings

| Item condition: | New |
|---|---|
| Compatibility: | See compatible vehicles |
| Quantity: | 1 — 2 lots available (4 items per lot) — 17 sold / See feedback |

Was: ~~US $20.99~~
You save: $1.05 (5% off)
Price: **US $19.94** **Buy It Now**

**Add to cart**

10 watching — ● Add to watch list — ★ Add to collection

**100% buyer satisfaction** | **Limited quantity remaining** | **More than 88% sold**

Shipping: **$4.99** Standard Shipping | See details
Item location: Dallas TX., United States
Ships to: United States and many other countries | See details

Delivery: Estimated on or before **Mon. Aug. 07** to 22015 ⊙

Payments: **PayPal** VISA ●● DISCOVER
Credit Cards processed by PayPal

**PayPal CREDIT**
Get more time to pay. Apply Now | See terms
See details

Returns: 30 days money back, buyer pays return shipping | See details

Guarantee: **ebay** MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

**Seller information**
**auto_nation2000** (2650 ★)
99.1% Positive feedback

+ **Follow this seller**

Visit store: 🏬 **Caps and Bags PRO**
See other items

Ad

**Amex EveryDay® Credit Card**
Earn 20% more points. Terms Apply.

Learn More

⊠ f ☑ 📌 | Add to watch li

$ Have one to sell? **Sell now**

---

People who viewed this item also viewed

Feedback on our suggestions



SPONSORED
(4) Red Wheel Center Hu
b Caps VW Volkswagen
**$16.10**
~~$16.95~~
Free shipping



SPONSORED
OEM Wheel Rim Hub Log
o Cover 65mm 4pcs Cent
**$15.19**
Free shipping



SPONSORED
OEM Wheel Rim Hub Log
o Cover 65mm 4pcs Cent
**$15.19**
~~$21.70~~
Free shipping



SPONSORED
Hub Logo Cover OEM Wh
eel Rim 65mm 4pcs Ce
**$15.19**
~~$21.70~~
Free shipping



4pcs 65mm VW wheel ce
nter caps For VW EOS G
**$7.11**
~~$7.90~~
+ Shipping



4X NEW VW Jetta golf pa
ssat EOS Tiguan Cente
**$17.57**
~~$18.40~~
+ Shipping
**Almost gone**

---

**Description** | **Shipping and payments** | Report Item

eBay Item number: 281688117144

Seller assumes all responsibility for this listing.

Last updated on  Jul 21, 2017 16:16:43 PDT  View all revisions

## Compatibility

Please choose your vehicle year, make and model for specific results.

| Year | Make | Model | Trim | Engine | |
|------|------|-------|------|--------|---|
| -Select- ▼ | -Select- ▼ | -Select- ▼ | All Trims ▼ | All Engines ▼ | Go |

✔ Save to **My Vehicles** to finds parts faster

[show all compatible vehicles]

### This part is compatible with 331 vehicle(s).

| Notes | Year | Make | Model | Trim | Engine |
|-------|------|------|-------|------|--------|
| | 2011 | Volkswagen | Eos | Comfortline Convertible 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2011 | Volkswagen | Eos | Highline Convertible 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2011 | Volkswagen | Eos | Komfort Convertible 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2011 | Volkswagen | Eos | Lux Convertible 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2011 | Volkswagen | Jetta | Active Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Base Sedan 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Bicentenario Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Comfortline Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Comfortline Wagon 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Highline Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Highline Wagon 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | S Sedan 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | S Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | S Wagon 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | S Wagon 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | SE Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | SE Wagon 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | SEL Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Sport Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Sportline Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |

Page 1 of 17                    〈 **1** 2 3 4 5 6 7 8 9 10 〉

Portions of the information contained in this table have been provided by auto_nation2000.

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Manufacturer Part Number: | 3B7 601 171 |
| Placement on Vehicle: | Left, Right, Front, Rear | Interchange Part Number: | BORA JETTA MK4 GOLF POLO PASSAT |
| Surface Finish: | BLUE | Brand: | Unbranded |
| UPC: | Does not apply | | |

## Caps and Bags PRO

auto_nation2000 (2850 ★)  99.1%

Visit Store:  Caps and Bags PRO

📧 Sign up for newsletter

# Categories



Toyota Wheel caps       ›

VW Wheel caps       ›

Other       ›

*This auction is for One Set of 4 Brand New Volks Wagon BLUE WHEEL CENTER CAPS*

**FITS= VW Jetta, Golf, Passat, EOS, Tiguan and most VW OEM wheels**

**Out side diameter = 2.55 Inch (65mm),**

**clip diameter approx. 2.16 Inch (55mm)**

**Part number    3B7 601 171**

*Its buyers responsibility to check their center caps and compare with this set.*

*( please measure your Wheel Caps before bidding )*

*Fits VW Original Wheels Rims.*
*Very easy installation*
*Please check your application.*
**Package include 4 pcs.**

---

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

---

**Ratings and Reviews**

Write a review



**4.4**

★★★★★
13 product ratings

| ★ 5 | 9 |
| ★ 4 | 2 |
| ★ 3 | 1 |
| ★ 2 | 0 |
| ★ 1 | 1 |



90%

Would recommend



100%

Good value



100%

Good quality

---

**Most relevant reviews**

See all 8 reviews

★★★☆☆
by **ebehreddin**
Jul 26, 2017

### No the right size

Did not fit my stock vw tire that was listed.  I scuffed up one cap trying to get it to pop in. Assuming I can not return a damaged cap, Im out $15.

Verified purchase: Yes | Condition: New | Sold by: **nastytaz**

👍 (0)   💬 (0)   !

★★★★★
by **kwabee12**
Jun 07, 2017

### Good one

I love it is really good

Verified purchase: Yes | Condition: New | Sold by: **e-tecmarket**

👍 (0)   💬 (0)   !

★★★★★
by **alaudukes**
Apr 05, 2017

### Incredible

It's so fast and the items quality is high. No words, best and fastest delivery.

Verified purchase: Yes | Condition: New | Sold by: **catwok99**

👍 (0)   💬 (0)   !

★★★★★
by **xguzmen**
Jun 12, 2017

### Is really good for the price

Verified purchase: Yes | Condition: Pre-Owned | Sold by: **glob_store**

👍 (0)   💬 (0)   !

★★★★★
by **kleenjezign**
Jun 30, 2017

### Great!

As Described.

Verified purchase: Yes | Condition: Pre-Owned | Sold by: **deluxe-choice**

👍 (0)   💬 (0)   !



**Apply Now.**
Study at Canada's No. 1
Animation School!

VANCOUVER FILM SCHOOL

**More to explore :**  Volkswagen Tiguan Wheel Center Caps,  Volkswagen Eos Wheel Center Caps,  Volkswagen Jetta Wheel Center Caps,  Volkswagen Passat Wheel Center Caps,  Volkswagen Passat CC Wheel Center Caps,  Volkswagen Golf Wheel Center Caps

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ



**Apply Now.**
Study at Canada's
No. 1 Animation School!

VANCOUVER FILM SCHOOL

# autodeals2013's

# VW Counterfeit Goods Auction

Sell | My eBay 🔔 **3** 🛒

**eb**ay   Search...   All Categories ▼ 🔍

‹ Back to home page | Listed in category: eBay Motors > Parts & Accessories > Car & Truck Parts > Wheels, Tires & Parts > Wheel Center Caps



**NEW for VW 65mm Blue & Chrome Wheel Center Cap Set B7-601-171 Free Shipping**

★★★★★ 6 product ratings

✉ 📘 💬 📌 | Add to watch li

Item condition: **New other (see details)**

"*Brand new- bulk packaging*"

Quantity: 1    5 available
**19 sold / See feedback**

Price: **US $13.95**   **Buy It Now**

**Add to cart**

12 watching   👁 Add to watch list
★ Add to collection

**Delivery by Fri. 8/4**

Shipping: 🚚 **FAST 'N FREE**
On or before **Fri. Aug. 04** to 22015
Item location: Punta Gorda, Florida, United States
Ships to: United States and many other countries | See details

Payments: **PayPal** **VISA** 💳 DISCOVER

Credit Cards processed by PayPal

**PayPal CREDIT**
Get more time to pay. Apply Now | See terms
See details

Returns: 14 days money back, buyer pays return
shipping, 20% restocking fee may apply |
See details

Guarantee: **ebay** MONEY BACK GUARANTEE | See details

Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

**Seller information**
**autodeals2013** (9952 ★)
99.4% Positive feedback

➕ **Follow this seller**

Visit store: 📘 autodeals2013
**See other items**

▷
**Safelite AutoGlass® - Save $20 with
Promo Code DK20.**
Safelite AutoGlass

Schedule Now to Save $20 on Cash Windshield
Replacements. Use the code DK20!

Washington Blvd Washington Blvd

🌐 **WEBSITE** ◆ **DIRECTIONS**

$ Have one to sell? **Sell now**

---

People who viewed this item also viewed

Feedback on our suggestions


SPONSORED
OEM 55mm Hub Logo E
mblem Wheel Center Ca
$9.99
Free shipping


SPONSORED
(4) Red Wheel Center Hu
b Caps VW Volkswagen
$16.10
~~$16.95~~
Free shipping


SPONSORED
4PCS Emblem Badge Hu
b Cover 65mm Wheel Ce
$8.16
~~$11.66~~
Free shipping


SPONSORED
**NPG-PARTS**
Fit For SKODA VW Beetle
Golf Wheel Center Hub...
$5.69
~~$5.99~~
Free shipping


NEW for VW 65mm Chro
me & Blue Wheel Cente
$7.00
+ Shipping


4pcs 55mm VW wheel ce
nter caps For VW Jetta P
$7.11
~~$7.90~~
+ Shipping

---

**Description**   **Shipping and payments**   **Report item**

eBay item number: 122164298237

Seller assumes all responsibility for this listing.

Last updated on  Jul 20, 2017 10:20:36 PDT  View all revisions

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New other (see details) | | |
| Seller Notes: | "Brand new- bulk packaging" | | |
| Brand: | Aftermarket | Placement on Vehicle: | Left, Right, Front, Rear |
| Manufacturer Part Number: | 3B7-601-171 | Part Brand: | Aftermarket |
| Other Part Number: | 3B7601171 | Location: | RB1-3 |
| UPC: | Does not apply | | |

**autodeals2013**
autodeals2013 (9952 ⭐)  99.4%

Visit Store:  autodeals2013

📧 Sign up for newsletter

## Categories

| | |
|---|---|
| Abrasives | › |
| Antennas | › |
| Auto Parts | › |
| Auto Trim | › |
| Books & Manuals | › |
| Brake Parts | › |
| Car Emblems & Badges | › |
| Collectibles | › |
| Door Locks & Handles | › |
| Electrical | › |
| Electronics / Audio | › |
| Hardware | › |
| Health & Mobility | › |
| Household Items | › |
| Jaguar Parts | › |
| Keys, Key Fobs & Batteries | › |
| LED Badges | › |
| LED Bulbs | › |
| Mercedes Parts | › |
| MINI Parts | › |
| Motorcycle | › |

# Brand New for VW's

# WHEEL CENTER CAP Set

# All Blue cap with a Chrome VW logo on a Blue Background

Equivalent Part # 3B7-601-171  - 65mm OD aftermarket wheel center cap . Qty 4 pieces.

Please measure *before* ordering as there are many different wheels fitted to these cars

## Qty 4 + FREE US SHIPPING

## Also available in other colors / styles - see our other auctions

65mm (2 ½ inches) outside diameter approx 57mm clip diameter

**Some Possible Fitments** Please measure *before* ordering as there are many different wheels fitted to these cars
**2012-2014 Volkswagen Beetle**
**2009-2014 Volkswagen CC**
**2007-2011 Volkswagen EOS**
**2006-2014 Volkswagen GTI**
**1995-2014 Volkswagen Golf**
**2010-2013 Volkswagen Golf Sports Wagon**
**1996-2014 Volkswagen Jetta**
**1995-2014 Volkswagen Passat**
**2004-2006 Volkswagen Phaeton**
**2008 Volkswagen R32**
**2009-2014 Volkswagen Tiguan**

PDR Tools

Pet Supplies

Plumbing

Police & Fire Dept

Pool & Spa

Prius Parts

Safety Products

Shoe Polish

Tools

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

00638

## Ratings and Reviews

Write a review

**4.8**

★★★★★

8 product ratings

★ 5 ▬▬▬▬▬▬▬ 5
★ 4 ▬▬ 1
★ 3 ▬ 0
★ 2 ▬ 0
★ 1 ▬ 0

100% — Would recommend

100% — Good value

100% — Good quality

### Most relevant reviews

★★★★★
by ru2013.kstrl
Aug 30, 2018

**Well fit!**

Verified purchase: Yes | Condition: New | Sold by: warrior_age

👍 (0)   👎 (0)   !

★★★★★
by reedjonathanfrank
Jun 09, 2018

**Hub Cap**

Buy a spare if you need one.  The original hub caps from VW do fall off with time.

Verified purchase: Yes | Condition: New | Sold by: warrior_age

👍 (0)   👎 (0)   !

★★★★★
by mjhjesalausti
Jul 12, 2018

**Love them**

Love them!

Verified purchase: Yes | Condition: New | Sold by: warrior_age

👍 (0)   👎 (0)   !

AdChoices

Back to home page

Return to t

**More to explore :** BMW Alpina B7 Wheel Center Caps,   STI Wheel Center Cap,   Wheel Center Caps for Acura,   Wheel Center Caps for Audi,   Wheel Center Caps for Bentley,   Wheel Center Caps for BMW

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Information Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice



# autosrong's

# VW Counterfeit Goods Auction



NEW SET OF 4 VW VOLKSWAGEN LOGO CHROME CENTER WHEELS HUB CAPS 3B7601171

🔥 16 viewed per day ⭐⭐⭐⭐½ 35 product ratings

| Item condition: | New | ✉ f 📷 📌 | Add to watch li |
| --- | --- | --- | --- |
| Compatibility: | See compatible vehicles | | |
| Quantity: | 1 | More than 10 available | |
| | | 45 sold / See feedback | |

**Seller information**
autosrong (991 ⭐)
97.8% Positive feedback

➕ Follow this seller
See other items

| Price: | **US $10.99** | **Buy It Now** |
| --- | --- | --- |
| | | **Add to cart** |

| Best Offer: | **Make Offer** |
| --- | --- |
| | 9 watching | ➤ Add to watch list |
| | | ★ Add to collection |

**100% buyer satisfaction** — 45 sold — More than 70% sold

Shipping: FREE Standard Shipping | See details
Item location: Huntington Station, New York, United States
Ships to: Worldwide

Delivery: Estimated on or before **Tue. Aug. 08** to 22015

Payments: PayPal  VISA  Credit Cards processed by PayPal

**PayPal CREDIT**
Get more time to pay. Apply Now | See terms
See details

Returns: 14 days money back, buyer pays return shipping | See details

Guarantee: **ebay** MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

---

People who viewed this item also viewed

Feedback on our suggestions

#:3B7601171


SPONSORED
4 PCS 65mm Wheel Center Hub Caps Cover Bad
$8.16
$8.59
Free shipping


NPC-PARTS
SPONSORED
Set Of 4 Blue Wheel Center Cover Caps Hub Cap
$12.92
$13.60
Free shipping


SPONSORED
55mm Hub Logo Emblem OEM Wheel Center Ca
$9.99
$14.27
Free shipping


SPONSORED
NEW SET OF 4 CADILLAC CADI SLIVER CENT
$22.21
$23.38
Free shipping


4 PCS 65mm Wheel Center Hub Caps Cover Bad
$6.98
+ Shipping
Last one


NEW SET OF 4 VW VOLKSWAGEN CHROME C
$8.99
+ Shipping

**Description**   **Shipping and payments**

Report item



Seller assumes all responsibility for this listing.

eBay item number: 182622179703

Last updated on  Jul 28, 2017 07:51:45 PDT  View all revisions

## Compatibility

Please choose your vehicle year, make and model for specific results.

Year  -Select- ▾  Make  -Select- ▾  Model  -Select- ▾  Trim  All Trims ▾  Engine  All Engines ▾  Go

☑ Save to My Vehicles to finds parts faster

[show all compatible vehicles]

This part is compatible with 921 vehicle(s).

| Notes | Year | Make | Model | Trim | Engine |
|---|---|---|---|---|---|
| | 2017 | Volkswagen | Golf | Comfortline Hatchback 4-Door | 1.4L 1395CC 85Cu. In. I4 GAS DOHC Turbocharged |
| | 2017 | Volkswagen | Golf | CrossGolf Wagon 4-Door | 1.4L 1395CC 85Cu. In. I4 GAS DOHC Turbocharged |
| | 2017 | Volkswagen | Golf | Highline Hatchback 4-Door | 1.4L 1395CC 85Cu. In. I4 GAS DOHC Turbocharged |
| | 2017 | Volkswagen | Golf | Trendline Hatchback 4-Door | 1.4L 1395CC 85Cu. In. I4 GAS DOHC Turbocharged |
| | 2017 | Volkswagen | GTI | Base Hatchback 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2016 | Volkswagen | Beetle | 1.8T S Convertible 2-Door | -CC -Cu. In. -- |
| | 2016 | Volkswagen | Beetle | 1.8T SE Convertible 2-Door | -CC -Cu. In. -- |
| | 2016 | Volkswagen | Beetle | 1.8T SEL Convertible 2-Door | -CC -Cu. In. -- |
| | 2016 | Volkswagen | Beetle | 2.0L TDI SE Convertible 2-Door | -CC -Cu. In. -- |
| | 2016 | Volkswagen | Beetle | 2.0L TDI SEL Convertible 2-Door | -CC -Cu. In. -- |
| | 2016 | Volkswagen | Beetle | 2.0T R-Line S Convertible 2-Door | -CC -Cu. In. -- |
| | 2016 | Volkswagen | Beetle | 2.0T R-Line SE Convertible 2-Door | -CC -Cu. In. -- |
| | 2016 | Volkswagen | Beetle | 2.0T R-Line SEL Convertible 2-Door | -CC -Cu. In. -- |
| | 2016 | Volkswagen | Beetle | Allstar Hatchback 2-Door | 2.5L 2480CC 151Cu. In. I5 GAS Naturally Aspirated |
| | 2016 | Volkswagen | Beetle | Base Coupe 2-Door | -CC -Cu. In. -- |
| | 2016 | Volkswagen | Beetle | Classic Hatchback 2-Door | 1.8L 1798CC 110Cu. In. I4 GAS DOHC Turbocharged |
| | 2016 | Volkswagen | Beetle | Comfortline Convertible 2-Door | 1.8L 1798CC 110Cu. In. I4 GAS DOHC Turbocharged |
| | 2016 | Volkswagen | Beetle | Comfortline Hatchback 2-Door | 1.8L 1798CC 110Cu. In. I4 GAS DOHC Turbocharged |
| | 2016 | Volkswagen | Beetle | Denim Convertible 2-Door | 1.8L 1798CC 110Cu. In. I4 GAS DOHC Turbocharged |
| | 2016 | Volkswagen | Beetle | Dune Hatchback 2-Door | 1.8L 1798CC 110Cu. In. I4 GAS DOHC Turbocharged |

Page 1 of 47                     ‹ **1** 2  3  4  5  6  7  8  9  10 ›

Portions of the information contained in this table have been provided by autocrong

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | VW |
| Warranty: | 90 Day | Manufacturer Part Number: | 3B7 601 171 |

**\*\*\*\*\*You may see a Blue plastic cover over the caps , that is to protect the caps ,please DO NOT peel it off if the size is not correct\*\*\***

**NEW SET OF 4 VW VOLKSWAGEN LOGO  CHROME CENTER WHEELS HUB CAPS3B7601171**

**4 piece set of VW wheel center caps.**

**Outside Diameter** Outer Diameter: 65mm      Inner Diameter: 56mm
**Part number**

3B7 601 171
**Car model  Fitment**

VW

CC        2009-2015

EOS       2006-2015

| | |
|---|---|
| Amarok | 2010-2015 |
| Beetle | 2012-2015 |
| Caddy | 2004-2014 |
| Golf | 2004-2015 MK5 MK6 MK7 |
| Golf Plus | 2005-2014 |
| Golf Sportsvan | 2014-2015 |
| Jetta | 2006-2015 MK5 MK6 |
| Passat | 2001-2015 B5 B6 B7 |
| Phaeton | 2002-2015 |
| Scirocco | 2009-2015 |
| Sharan | 2003-2015 |
| Tiguan | 2008-2015 |
| Touran | 2003-2015 |
| Touareg | 2011-2015 |
| Transporter | 2009-2014 |

**Fast shipping US Seller**

## Payment

PayPal payment only

## Shipping & Handling

Nearly all orders are shipped within one business day. Tracking information will be typed into the 'order details' section of your order.

## We are new seller, please Contact Us if you have any questions

We kindly ask that you contact us via ebay's message service if you need any assistance. We will reply as soon as possible, your patience is much appreciated.

## Feedback

We take feedback very seriously. Please give us positive feedback with five stars if you are happy about our product.

Please contact us if you have any problem of our product. We will serve you until you are satisfied.

## Returns & Refunds

We accept return within 15 days from the time your order was delivered.
In order to help keep our prices low and only offer brand new product, we could not accept returns for used items. We really appreciate your understanding

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

## Ratings and Reviews

Write a review

**4.5**

★★★★☆

35 product ratings

| ★ 5 | | 27 |
| ★ 4 | | 3 |
| ★ 3 | | 2 |
| ★ 2 | | 0 |
| ★ 1 | | 3 |

**87%**
Would recommend

**100%**
Good value

**92%**
Good quality

### Most relevant reviews

See all 21 reviews

★★★★☆
by chhocow
Dec 23, 2016

### Not for 2003 Passat GLX.

The ad did suggest it would fit a specific model. In my case they don't work, I have 2003 Passat GLX. Size is correct, but the item is a bit rounded/convex. The OEM is flush. And the snap ins are a bit different. they won't snap in. Just FYI for anyone with the same B5.5 Passat generation.

Quality of product seems very good. The logo itself is fatter than the logo on my OEM cap, but based on the other successful r **Read full review...**

Verified purchase: Yes | Condition: New | Sold by: etargetstore

👍(0)   💬(0)   !

★★★★★
by turbotato
Jul 03, 2017

### Great Quality at a Cheap Price! Made in Germany!

These caps look great and were inexpensive. The back of the cap is stamped "Made in Germany"...they look original and fit perfectly.

Verified purchase: Yes | Condition: New | Sold by: etargetstore

👍(0)   💬(0)   !

★★★★★
by letsdeal12
Jun 08, 2017

### center cap

excellent quality worth the wait!!

Verified purchase: Yes | Condition: New | Sold by: 2382089

👍(0)   💬(0)   !

★★★★★
by mkmontes90ab
Apr 28, 2017

### Great Price Fit perfectly

same quality as OEM, fit perfectly on OEM rims

Verified purchase: Yes | Condition: New | Sold by: 2382089

👍(0)   💬(0)   !

★★★★★
by emil_abreu
Jul 19, 2016

### Great look, great value

I lost only one, it looks exactly the same as the original three left in my car.

Verified purchase: Yes | Condition: Pre-Owned | Sold by: esnoar_au

👍(0)   💬(0)   !

**Canada's Best Creative Technology Education.**

**Apply Now**

VANCOUVER FILM SCHOOL

Back to home page

Return to t

More to explore : Wheel Center Caps for Volkswagen,   Volkswagen Fox Wheel Center Caps,   Volkswagen Jetta Wheel Center Caps,   Volkswagen Tiguan Wheel Center Caps,

Volkswagen Transporter Wheel Center Caps,   Volkswagen Eos Wheel Center Caps

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Information Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ



# deluxe-choice's

# VW Counterfeit Goods Auction



SET OF 4 CAR ALLOY WHEEL CENTER CAP HUB EMBLEM BADGE 60mm 2.36 VW logo blue

Item condition: New other (see details)

"These wheel caps may not fit factory VW wheels and will only replace wheel caps with the exact" ... Read more

Sale ends in: 01d 15h 07m

Quantity: 1    More than 10 available / 6 sold

Was: US $14.99

You save: $1.50 (10% off)

Price: US $13.49    **Buy It Now**

**Add to cart**

7 watching    ○ Add to watch list    ★ Add to collection

**Free shipping**    30-day returns    Experienced seller

Shipping: FREE Standard Shipping | See details
Item location: Banning, California, United States
Ships to: Worldwide See exclusions

Delivery: Estimated between Sat. Aug. 5 and Thu. Aug. 10

Payments: PayPal VISA DISCOVER
Credit Cards processed by PayPal

**PayPal CREDIT**
Get more time to pay. Apply Now | See terms
See details

Returns: 30 days money back or item exchange, buyer pays return shipping, 20% restocking fee may apply | See details

Guarantee: **ebay** MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back. Covers your purchase price and original shipping.

**Seller information**
deluxe-choice (18222 ★)
96.4% Positive feedback

+ Follow this seller

Visit store: 🛒 deluxe-choice

See other items

**Do College Like Nobody Else**

Save on everything you need to be campus-ready.

Shop Now →

---

People who viewed this item also viewed



SPONSORED
4x Crossbones Skeleton Emblem Car Wheel Cent
$9.48
Free shipping



SPONSORED
4x 60mm Decepticon Logo Emblem Badge Auto Ty
$8.99
Free shipping



SPONSORED
4pcs 60mm for Fiat Abarth logo car Wheel Center
$13.75
Free shipping



SPONSORED
60mm 4x Captain America Logo Car Alloy Wheel Tl
$8.99
Free shipping



4 PCS 65mm Wheel Center Hub Caps Cover Bad
$6.98
+ Shipping
Last one



SET OF 4 SILVER GREEN LOGO CAR ALLOY W
$14.39
$15.99
+ Shipping

| Description | Shipping and payments | | Report Item |

Seller assumes all responsibility for this listing.

eBay item number: 232377534133

Last updated on  Jun 19, 2017 03:24:19 PDT  View all revisions

### Item specifics

| Condition: | New other (see details) | | |
|---|---|---|---|
| Seller Notes: | "These wheel caps may not fit factory VW wheels and will only replace wheel caps with the exact measurement we stated. Please check measurement of face diameter and clip diameter on your wheel caps before buying!" | | |
| Brand: | Unbranded/Generic | Fitment 1: | Only fit wheel with ace diameter: 60mm (2.36") |
| Manufacturer Part Number: | Does not apply | Fitment 2: | Only fit wheel with Clip diameter: 58mm (2.28") |
| Warranty: | Yes | Other Part Number: | LIKE OEM ORIGINAL FACTORY GENUINE STOCK RIM COVER |
| Color: | Blue logo | Face Diameter: | 60mm / 2.36" |
| Fitment:: | Please check your wheel cap prior to buying | Clip diameter: | 58mm / 2.28" |
| UPC: | Does not apply | | |

---

**deluxe-choice**                                                    Visit my eBay store

**Sign up for newsletter**

[                    ]   Search Store

| **Store Categories** |
|---|
| **Store home** |
| **Alfa Romeo** |
| **Audi** |
| **BBS** |
| **BMW** |
| **Citroen** |
| **Fiat** |
| **Ford** |
| **Honda** |
| **Hyundai** |
| **Jaguar** |
| **Jeep** |
| **Land Rover** |
| **Mazda** |
| **Mercedes Benz** |
| **Mini** |
| **Mitsubishi** |
| **Nissan** |
| **Peugeot** |
| **Porsche** |
| **Range Rover** |
| **Renault** |
| **Saab** |
| **Skoda** |
| **Smart** |
| **Subaru** |
| **Toyota** |
| **Volkswagen** |
| **Volvo** |
| **Other** |



### High Quality Wheel Center Caps for VW

### Product Features

4pcs Wheel Center Caps for VW
Base is made of ABS plastic
Face diameter 60mm, clip diameter 58mm.

These wheel caps may not fit factory VW wheels and will only replace wheel caps with the measurement we stated. Please check measurement of face diameter and clip diameter on your before buying!

Package includes:
4 x wheel caps
FREE valve caps

### Payment Information

Only PayPal is Accepted. Item will be shipped immediately on the same or next business day of receiving full payment.

    

**SAME DAY SHIPPING**
*ONLY if Order receives before 5pm PST

**10 YEARS EXPERIENCE**

**LIFE TI WARRE**

## Shipping & Handling

- Item will be shipped out on the same day upon receipt of payment before 9pm PST. from Monday to Friday, excluding Public Holidays and Weekends. If you place an order late on Fridays, Saturdays or Sundays, your item will be shipped out on the following Monday.

- We would try our best to answer all inquires within 24 hours from Monday to Friday. Weekends email will be answered on the following Monday.

- Noted that shipping time may vary, particularly during peak periods or in climate weather conditions.

- We highly recommend you choose STANDARD SHIPPING to insure against any loss.

### No Tracking Number
## ECONOMY SHIPPING

- Delivery time takes around 8 - 15 business days* to the following countries: USA, UK, Canada, Australia, Ireland, New Zealand, Germany, Austria, Switzerland, Sweden, Portugal, Netherlands, Belgium, Finland.

- Delivery time takes around 15 - 25 business days* to the following countries: Brazil, Mexico, Spain, Greece, Malta, France, Poland, Cyprus, Israel, South American countries, and all other countries not listed.

- Delivery time sometimes will take up to 1.5 months to Italy and Brazil.

### With Tracking Number
## STANDARD SHIPPING

- Delivery time takes around 4 - 7 business days* to USA

- Delivery time takes around 6 - 10 business days* to the following countries: UK, Canada, Australia, Ireland, New Zealand, Germany, Austria, Switzerland, Sweden, Portugal, Netherlands, Belgium, Finland.

- Delivery time takes around 12 - 21 business days* to the following countries: Brazil, Mexico, Spain, Greece, Malta, Fra Poland, Cyprus, Israel, South American countries, and all otl countries not listed.

**\* Business days = MONDAY to FRIDAY excludes HOLIDAYS & WEEKENDS**

**Back to Top**

---

## RETURN POLICY

- All sales are final.

- Return items should include the original packaging and all accessories, and only defective products will be exchanged.

- If you have received an incorrect or a defective item from us, please provide pictures of the item you received, and we will send you a replacement back.

- Refunds and exchanges will be subject to the goods being returned to us for processing.

- Buyers are responsible for all associated returning shipping costs.

- Once we have received your return item, we will send the replacement back to you within 24 hours.

- Lifetime warranty for all items.

**Sold**

Powered by SoldEasy

---

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

Canada's Best Creative Technology Education. **Apply Now** VANCOUVER FILM SCHOOL

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to home page                                                                                                                    Return to t

Related buying guides :   Chrome Wheel Center Caps Buying Guide,   Universal Wheel Center Caps Buying Guide

More to explore :   Mazda 2 Wheel Center Caps,   Car & Truck Wheel Center Caps,   Chrysler Car & Truck Wheel Center Caps,   Fel-Pro Car & Truck Wheel Center Caps,
Oldsmobile Car & Truck Wheel Center Caps,   ETX Car & Truck Wheel Center Caps

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ



Canada's Best Creative Technology Education. **Apply Now** VANCOUVER FILM SCHOOL

# ehsa2014's

# VW Counterfeit Goods Auction



People who viewed this item also viewed







Description    Shipping and payments

Report item

Seller assumes all responsibility for this listing.

Last updated on  Jul 14, 2017 01:28:18 PDT  View all revisions

eBay item number:  261928168178

## Compatibility

Please choose your vehicle year, make and model for specific results.

| Year | Make | Model | Trim | Engine |
|------|------|-------|------|--------|
| -Select- ▼ | -Select- ▼ | -Select- ▼ | All Trims ▼ | All Engines ▼  Go |

☑ Save to **My Vehicles** to finds parts faster

[show all compatible vehicles]

This part is compatible with 332 vehicle(s).

| Notes | Year | Make | Model | Trim | Engine |
|-------|------|------|-------|------|--------|
| | 2011 | Volkswagen | Eos | Comfortline Convertible 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2011 | Volkswagen | Eos | Highline Convertible 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2011 | Volkswagen | Eos | Komfort Convertible 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2011 | Volkswagen | Eos | Lux Convertible 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2011 | Volkswagen | Jetta | Active Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Base Sedan 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Bicentenario Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Comfortline Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Comfortline Wagon 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Highline Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Highline Wagon 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | S Sedan 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | S Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | S Wagon 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | S Wagon 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | SE Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | SE Wagon 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | SEL Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Sport Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Sportline Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |

Page 1 of 17                                   1  2  3  4  5  6  7  8  9  10 ›

Portions of the information contained in this table have been provided by ehsa2014

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Unbranded |
| Placement on Vehicle: | Left, Right, Front, Rear | Manufacturer Part Number: | 3B7 801 171 |
| Warranty: | Yes | Interchange Part Number: | BORA JETTA MK4 GOLF POLO PASSAT |

**Set of 4 Brand New Volks Wagon BLUE (with chrome base )WHEEL CENTER CAPS**

**FITS= VW Jetta, Golf, Passat, EOS, Tiguan and most VW OEM wheels**

## Out side diameter = 2.55 Inch (65mm),

### clip diameter approx. 2.16 inch (55mm)

### Part number   3B7 601 171

## Its buyers responsibility to check their center caps and compare with this set.

### ( please measure your Wheel Caps before bidding )

### Fits VW Original Wheels Rims.
### Very easy installation
### Please check your application.
### Package include 4 pcs.

---

Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

---



### Ratings and Reviews

Write a review

**4.4**
★★★★☆
13 product ratings

★ 5 ▬▬▬▬▬▬ 9
★ 4 ▬▬ 2
★ 3 ▮ 1
★ 2  0
★ 1 ▮ 1

90% Would recommend

100% Good value

100% Good quality

---

#### Most relevant reviews

See all 8 reviews

★★★☆☆
by ebahreddin
Jul 26, 2017

**No the right size**

Did not fit my stock vw tire that was listed.  I scuffed up one cap trying to get it to pop in. Assuming I can not return a damaged cap, Im out $15.

Verified purchase: Yes | Condition: New | Sold by: nastylaz

👍(0)  💬(0)  !

★★★★★
by kwabes12
Jun 07, 2017

**Good one**

I love it is really good

Verified purchase: Yes | Condition: New | Sold by: e-tecmarket

👍(0)  💬(0)  !



★★★★★
by staudukes
Apr 05, 2017

**Incredible**

It's so fast and the items quality is high. No words, best and fastest delivery.

Verified purchase: Yes | Condition: New | Sold by: catwok99

👍 (0)   👎 (0)   !

★★★★★
by xguzmen
Jun 12, 2017

**Is really good for the price**

Verified purchase: Yes | Condition: Pre-Owned | Sold by: glob_store

👍 (0)   👎 (0)   !

★★★★★
by kleenjezign
Jun 30, 2017

**Great!**

As Described.

Verified purchase: Yes | Condition: Pre-Owned | Sold by: deluxe-choice

👍 (0)   👎 (0)   !

Back to home page                                                                                          Return to t

**More to explore :**  Volkswagen Tiguan Wheel Center Caps,  Volkswagen Jetta Wheel Center Caps,  Volkswagen Passat Wheel Center Caps,  Volkswagen Passat CC Wheel Center Caps,  Volkswagen Golf Wheel Center Caps,  Volkswagen Golf City Wheel Center Caps

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Information Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ



**Apply Now.**
Study at Canada's
No. 1 Animation School!

VANCOUVER FILM SCHOOL

# frasdorp3's

# VW Counterfeit Goods Auction



ebay | Search... | All Categories ▼ | 🔍

< Back to home page | Listed in category: eBay Motors > Parts & Accessories > Car & Truck Parts > Wheels, Tires & Parts > Wheel Center Caps

## NEW 4X VW golf Jetta passat Tiguan EOS BLUE Center Wheel Caps 3B7 601 171

★★★★ 13 product ratings

| Item condition: | New |
| --- | --- |
| Compatibility: | See compatible vehicles |
| Sale ends in: | 21h 43m 09s |
| Quantity: | 1    More than 10 available / 1 sold |
| Was: | US $22.99 |
| You save: | $1.61 (7% off) |
| Price: | US $21.38 |

**Buy It Now**

**Add to cart**

◯ Add to watch list

★ Add to collection

30-day returns | New condition | Delivery in 4 days

Shipping: $4.95 Standard Shipping | See details
Item location: Clifton Park, New York, United States
Ships to: United States and many other countries | See details

Delivery: Estimated on or before **Fri. Aug. 04** to 22015

Payments: **PayPal** VISA 💳 DISCOVER
Credit Cards processed by PayPal

**PayPal CREDIT**
Get more time to pay. Apply Now | See terms
See details

Returns: 30 days money back, buyer pays return shipping | See details

Guarantee: **ebay** MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

**Seller Information**
frasdorp3 (826 ★)
99% Positive feedback

+ Follow this seller

Visit store: 🏪 frasdorp3
See other items

$ Have one to sell?  **Sell now**

---

## People who viewed this item also viewed

Feedback on our suggestions



SPONSORED
(4) Red Wheel Center Hu
b Caps VW Volkswagen
$16.10
$16.95
Free shipping



SPONSORED
OEM Wheel Rim Hub Log
o Cover 65mm 4pcs Cent
$15.19
Free shipping



SPONSORED
OEM Wheel Rim Hub Log
o Cover 65mm 4pcs Cent
$15.19
$21.70
Free shipping



SPONSORED
Hub Logo Cover OEM Wh
eel Rim 85mm 4pcs Ce
$15.19
$21.70
Free shipping



4X NEW VW Jetta golf pa
ssat EOS Tiguan Cente
$17.57
$18.48
+ Shipping
Almost gone



NEW 4X VW golf Jetta pa
ssat Tiguan EOS BLUE
$19.94
$20.99
+ Shipping

**Description**   **Shipping and payments**

eBay item number: 111846669366

Seller assumes all responsibility for this listing.
Last updated on Apr 04, 2017 11:22:59 PDT View all revisions

## Compatibility

Please choose your vehicle year, make and model for specific results.

| Year | Make | Model | Trim | Engine |
| -Select- ▼ | -Select- ▼ | -Select- ▼ | All Trims ▼ | All Engines ▼ | Go |

☑ Save to My Vehicles to finds parts faster

[show all compatible vehicles]

This part is compatible with 340 vehicle(s).

| Notes | Year | Make | Model | Trim | Engine |
|-------|------|------|-------|------|--------|
| | 2011 | Volkswagen | Eos | Comfortline Convertible 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2011 | Volkswagen | Eos | Highline Convertible 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2011 | Volkswagen | Eos | Komfort Convertible 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2011 | Volkswagen | Eos | Lux Convertible 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2011 | Volkswagen | Jetta | Active Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Base Sedan 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Bicentenario Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Comfortline Sedan 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Comfortline Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Comfortline Wagon 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Comfortline Wagon 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Highline Sedan 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Highline Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Highline Wagon 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Highline Wagon 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | S Sedan 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | S Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | S Wagon 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | S Wagon 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | SE Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |

Page 1 of 17                    1  2  3  4  5  6  7  8  9  10  ›

Portions of the information contained in this table have been provided by freedorp3

## Item specifics

| Condition: | New | Brand: | Unbranded |
| Interchange Part Number: | BORA JETTA MK4 GOLF POLO PASSAT | Manufacturer Part Number: | 3B7 601 171 |

*This auction is for One Set of 4 Brand New Volks Wagon* **BLUE** *WHEEL CENTER CAPS*

**FITS= VW Jetta, Golf, Passat, EOS, Tiguan and most VW OEM wheels**

**Out side diameter = 2.55 Inch (65mm),**

**clip diameter approx. 2.16 inch (55mm)**

**Part number     3B7 601 171**

*Its buyers responsibility to check their center caps and compare with this set.*

*( please measure your Wheel Caps before bidding )*

*Fits VW Original Wheels Rims.*
*Very easy installation*
*Please check your application.*
*Package include 4 pcs.*

---

**Questions and answers about this item**

No questions or answers have been posted about this item.

**Ask a question**

---

## Ratings and Reviews

 Write a review

**4.4**

13 product ratings

| | | |
|---|---|---|
| ★ 5 | ████████ | 9 |
| ★ 4 | ███ | 2 |
| ★ 3 | █ | 1 |
| ★ 2 | | 0 |
| ★ 1 | █ | 1 |

 90% Would recommend     100% Good value     100% Good quality

---

### Most relevant reviews

See all 8 reviews


by sbahreddin
Jul 28, 2017

**No the right size**

Did not fit my stock vw tire that was listed.  I scuffed up one cap trying to get it to pop in. Assuming I can not return a damaged cap, Im out $15.

Verified purchase: Yes | Condition: New | Sold by: nastylaz




by kwabee12
Jun 07, 2017

**Good one**

I love it is really good

Verified purchase: Yes | Condition: New | Sold by: e-tecmarket



★★★★★
by **alaudukes**
Apr 05, 2017

### Incredible

It's so fast and the Items quality is high. No words, best and fastest delivery.

Verified purchase: Yes | Condition: New | Sold by: **catwok99**

👍(0)  👎(0)  !

★★★★★
by **xguzman**
Jun 12, 2017

### Is really good for the price

Verified purchase: Yes | Condition: Pre-Owned | Sold by: **glob_store**

👍(0)  👎(0)  !

★★★★★
by **kleenjezign**
Jun 30, 2017

### Great!

As Described.

Verified purchase: Yes | Condition: Pre-Owned | Sold by: **deluxe-choice**

👍(0)  👎(0)  !

---

Back to home page Return to to

More to explore :  Volkswagen Tiguan Wheel Center Caps,  Volkswagen Eos Wheel Center Caps,  Volkswagen Jetta Wheel Center Caps,  Volkswagen Passat Wheel Center Caps,
Volkswagen Passat CC Wheel Center Caps,  Volkswagen Golf Wheel Center Caps

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Information Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ


Apply Now.
Study at Canada's
No. 1 Animation School!
VANCOUVER FILM SCHOOL

# grandautos's

# VW Counterfeit Goods Auction



## People who viewed this item also viewed

Feedback on our suggestions



SPONSORED
(SET) 2004-2010 VW Vol
kswagen TOUAREG 2 3/
**$24.79**
~~$37.00~~
Free shipping



SPONSORED
4 PCS 65mm Wheel Cent
er Hub Caps Cover Bad
**$8.16**
~~$8.59~~
Free shipping



SPONSORED
Qty4 Wheel Center Hub C
aps For VW Touareg 03-
**$17.09**
~~$17.99~~
Free shipping



SPONSORED
Volkswagen Set of 4 Whe
el Center Cap Jetta Golf
**$20.95**
Free shipping



NEW VOLKSWAGEN VW
1 PIECE CENTER WH
**$7.61**
~~$8.95~~
+ Shipping



4 Volkswagen VW 2004-2
010 Touareg 08-10 70
**$14.99**
+ Shipping

---

**Description**    **Shipping and payments**

Report item

eBay item number: 251464374710

Seller assumes all responsibility for this listing.

Last updated on  Jul 13, 2017 10:37:01 PDT  View all revisions

## Compatibility

Please choose your vehicle year, make and model for specific results.

| Year | Make | Model | Trim | Engine | |
|------|------|-------|------|--------|--|
| -Select- ▾ | -Select- ▾ | -Select- ▾ | All Trims ▾ | All Engines ▾ | Go |

☑ Save to My Vehicles to finds parts faster

[show all compatible vehicles]

### This part is compatible with 22 vehicle(s).

| Notes<br>**Important part details** | Year | Make | Model | Trim | Engine |
|---|---|---|---|---|---|
| 2-3/4 inches cap siz... | 2010 | Volkswagen | Touareg | Comfortline Sport Utility 4-Door | 3.6L 3597CC 219Cu. In. V6 GAS DOHC Naturally Aspirated |
| 2-3/4 inches cap siz... | 2010 | Volkswagen | Touareg | Highline Sport Utility 4-Door | 3.6L 3597CC 219Cu. In. V6 GAS DOHC Naturally Aspirated |
| 2-3/4 inches cap siz... | 2010 | Volkswagen | Touareg | TDI Sport Utility 4-Door | 3.0L 2967CC 181Cu. In. V6 DIESEL DOHC Turbocharged |
| 2-3/4 inches cap siz... | 2010 | Volkswagen | Touareg | VR6 Sport Utility 4-Door | 3.6L 3597CC 219Cu. In. V6 GAS DOHC Naturally Aspirated |
| 2-3/4 inches cap siz... | 2009 | Volkswagen | Touareg | Base Sport Utility 4-Door | 3.6L 3597CC 219Cu. In. V6 GAS DOHC Naturally Aspirated |
| 2-3/4 inches cap siz... | 2009 | Volkswagen | Touareg | Base Sport Utility 4-Door | 4.2L 4163CC V8 GAS DOHC Naturally Aspirated |
| 2-3/4 inches cap siz... | 2009 | Volkswagen | Touareg | Comfortline Sport Utility 4-Door | 3.6L 3597CC 219Cu. In. V6 GAS DOHC Naturally Aspirated |
| 2-3/4 inches cap siz... | 2009 | Volkswagen | Touareg | Comfortline Sport Utility 4-Door | 4.2L 4163CC V8 GAS DOHC Naturally Aspirated |
| 2-3/4 inches cap siz... | 2009 | Volkswagen | Touareg | Execline Sport Utility 4-Door | 3.6L 3597CC 219Cu. In. V6 GAS DOHC Naturally Aspirated |
| 2-3/4 inches cap siz... | 2009 | Volkswagen | Touareg | Execline Sport Utility 4-Door | 4.2L 4163CC V8 GAS DOHC Naturally Aspirated |
| 2-3/4 inches cap siz... | 2009 | Volkswagen | Touareg | Highline Sport Utility 4-Door | 3.6L 3597CC 219Cu. In. V6 GAS DOHC Naturally Aspirated |
| 2-3/4 inches cap siz... | 2009 | Volkswagen | Touareg | Highline Sport Utility 4-Door | 4.2L 4163CC V8 GAS DOHC Naturally Aspirated |
| 2-3/4 inches cap siz... | 2009 | Volkswagen | Touareg | TDI Sport Utility 4-Door | 3.0L 2967CC 181Cu. In. V6 DIESEL DOHC Turbocharged |
| 2-3/4 inches cap siz... | 2009 | Volkswagen | Touareg | V8 Premium Sport Utility 4-Door | 3.6L 3597CC 219Cu. In. V8 GAS DOHC Naturally Aspirated |
| 2-3/4 inches cap siz... | 2009 | Volkswagen | Touareg | V6 Sport Utility 4-Door | 3.6L 3597CC 219Cu. In. V6 GAS DOHC Naturally Aspirated |
| 2-3/4 inches cap siz... | 2009 | Volkswagen | Touareg | V6 TDI Sport Utility 4-Door | 3.0L 2967CC V6 DIESEL Turbocharged |
| 2-3/4 inches cap siz... | 2008 | Volkswagen | Touareg | Base Sport Utility 4-Door | 3.6L 3597CC 219Cu. In. V6 GAS DOHC Naturally Aspirated |
| 2-3/4 inches cap siz... | 2008 | Volkswagen | Touareg | Base Sport Utility 4-Door | 4.2L 4163CC V8 GAS DOHC Naturally Aspirated |
| 2-3/4 inches cap siz... | 2008 | Volkswagen | Touareg | TDI Sport Utility 4-Door | 5.0L 4921CC 300Cu. In. V10 DIESEL SOHC Turbocharged |
| 2-3/4 inches cap siz... | 2008 | Volkswagen | Touareg | V6 Premium Sport Utility 4-Door | 3.6L 3597CC 219Cu. In. V6 GAS DOHC Naturally Aspirated |

Page 1 of 2      1  2 ›

Portions of the information contained in this table have been provided by grandautos

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Unbranded |
| Placement on Vehicle: | Left, Right, Front, Rear | Manufacturer Part Number: | 7L6 601 149 B |
| Surface Finish: | Glossy silver/black | Other Part Number: | 7L6601149B |

**4 Center (hub) Caps for Volkswagen Wheel**

**Condition : New**

**Part Number : 7L6 601 149 B**

**Easy Installation**

**FITS: VW Touareg 2008 2009 2010**

**Cap diameter 2-3/4 inches (70 mm) ;   Clip diameter 2-7/16 inches (61 mm)**

**Please make sure the dimensions fits your car wheel center caps**

---

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

---

★ ★ ★ ★ ★
No ratings or reviews yet

Be the first to **write a review**.

---

Back to home page

Return to t

More to explore :  Volkswagen Touareg Wheel Center Caps,  Volkswagen Touareg Hub Caps,  Wheel Center Caps for Volkswagen,  Volkswagen Fox Wheel Center Caps,  Volkswagen Jetta Wheel Center Caps,  Volkswagen Tiguan Wheel Center Caps

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Information Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ

# heat8319's

# VW Counterfeit Goods Auction



NEW VOLKSWAGEN VW SET 4 CENTER WHEEL WHEELS RIM RIMS HUB HUBS CAP CAPS 65MM RED

★★★★½ 35 product ratings

| Item condition: | New |
|---|---|
| Compatibility: | See compatible vehicles |
| Sale ends in: | 10h 54m 44s |
| Quantity: | 1 — More than 10 available / 33 sold / See feedback |
| Was: | US $17.95 |
| You save: | $2.69 (15% off) |
| Price: | US $15.26 |

**Buy It Now**

**Add to cart**

46 watching

○ Add to watch list
★ Add to collection

100% buyer satisfaction     33 sold     Free shipping

| Shipping: | FAST 'N FREE — On or before **Sat. Aug. 05** to 22015. Item location: Watsonville, California, United States. Ships to: Worldwide |
|---|---|
| Payments: | PayPal VISA [cards] — Credit Cards processed by PayPal. **PayPal CREDIT** Get more time to pay. Apply Now | See terms. See details |
| Returns: | 30 days money back, buyer pays return shipping | See details |
| Guarantee: | ebay MONEY BACK GUARANTEE | See details. Get the item you ordered or get your money back. Covers your purchase price and original shipping. |

**Seller information**
heat8319 (6227 ★)
98.9% Positive feedback

+ Follow this seller

Visit store: heat8319
See other items

**People who viewed this item also viewed**

Feedback on our suggestions



SPONSORED
4 PCS 65mm Wheel Cent er Hub Caps Cover Bad
$8.16
$8.69
Free shipping



SPONSORED
Volkswagen Set of 4 Cent er Cap Jetta Golf Wheel
$14.95
Free shipping



SPONSORED
4 x 60mm WHEEL CENT ER HUB CAPS RIM RIM
$6.39
Free shipping



SPONSORED
Volkswagen Set of 4 Whe el Center Cap Jetta Golf
$20.95
Free shipping



4 PCS 65mm Wheel Cent er Hub Caps Cover Bad
$6.98
+ Shipping
Last one



NEW VOLKSWAGEN VW SET 4 CENTER WHEE
$13.56
$15.95
+ Shipping

**Description**  **Shipping and payments**                                              Report item

eBay item number: 332222627269

Seller assumes all responsibility for this listing.
Last updated on  Jul 09, 2017 22:01:54 PDT  View all revisions

## Compatibility

Please choose your vehicle year, make and model for specific results.

| Year | Make | Model | Trim | Engine | |
|------|------|-------|------|--------|--|
| -Select- ▼ | -Select- ▼ | -Select- ▼ | All Trims ▼ | All Engines ▼ | Go |

☑ Save to My Vehicles to finds parts faster

[show all compatible vehicles]

This part is compatible with 992 vehicle(s).

| Notes | Year | Make | Model | Trim | Engine |
|-------|------|------|-------|------|--------|
| | 2015 | Volkswagen | Beetle | Base Convertible 2-Door | 1.8L 1798CC 110Cu. In. l4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | Beetle | Base Hatchback 2-Door | 1.8L 1798CC 110Cu. In. l4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | Beetle | Classic Hatchback 2-Door | 1.8L 1798CC 110Cu. In. l4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | Beetle | Comfortline Convertible 2-Door | 1.8L 1798CC 110Cu. In. l4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | Beetle | Comfortline Hatchback 2-Door | 1.8L 1798CC 110Cu. In. l4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | Beetle | Comfortline TDI Convertible 2-Door | 2.0L 1968CC 120Cu. In. l4 DIESEL DOHC Turbocharged |
| | 2015 | Volkswagen | Beetle | Comfortline TDI Hatchback 2-Door | 2.0L 1968CC 120Cu. In. l4 DIESEL DOHC Turbocharged |
| | 2015 | Volkswagen | Beetle | Fleet Edition Hatchback 2-Door | 1.8L 1798CC 110Cu. In. l4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | Beetle | R-Line Convertible 2-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | Beetle | R-Line Hatchback 2-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | Beetle | Sport Hatchback 2-Door | 2.5L 2480CC 151Cu. In. l5 GAS DOHC Naturally Aspirated |
| | 2015 | Volkswagen | Beetle | Sportline Convertible 2-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | Beetle | Sportline Hatchback 2-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | Beetle | TDI Convertible 2-Door | 2.0L 1968CC 120Cu. In. l4 DIESEL DOHC Turbocharged |
| | 2015 | Volkswagen | Beetle | TDI Hatchback 2-Door | 2.0L 1968CC 120Cu. In. l4 DIESEL DOHC Turbocharged |
| | 2015 | Volkswagen | Beetle | Trendline Convertible 2-Door | 1.8L 1798CC 110Cu. In. l4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | Beetle | Trendline Hatchback 2-Door | 1.8L 1798CC 110Cu. In. l4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | Beetle | Trendline+ Convertible 2-Door | -Cu. In. -- |
| | 2015 | Volkswagen | Beetle | Turbo Hatchback 2-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | CC | Base Sedan 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |

Page 1 of 50                      **1**  2  3  4  5  6  7  8  9  10  〉

Portions of the information contained in this table have been provided by heat8319

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Volkswagen |
| Warranty: | Yes | Placement on Vehicle: | LEFT RIGHT L R DRIVER PASSENGER SIDE FRONT REAR |
| Manufacturer Part Number: | 3B7601171 | Surface Finish: | RED |
| Other Part Number: | 3B7-601-171 3B7-801-171-XRW 3B7601171XRW | | |

# BRAND NEW SET OF 4 CENTER WHEEL CAPS.....

# THIS WILL FIT

**2012-2015 Beetle**

**2009-2015 CC**

**2007-2015 EOS**

**2006-2014 GTI**

**1995-2014 Golf**

**2010-2013 Golf Sportwagon**

**1996-2015 Jetta**

**1995-2015 Passat**

**2006-2009 Rabbit**

**2004-2006 Phaeton**

**2008 R32**

**2009-2015 Tiguan2**

**2011-2015  Touareg**

# IF YOU HAVE ANY QUESTION OR NOT 100% SURE ABOUT FITMENT PLEASE SEND ME A MESSAGE ON EBAY

Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

---

## Ratings and Reviews

**Write a review**

### 4.5

35 product ratings


★ 5 ▬▬▬▬▬▬ 27
★ 4 ▬ 3
★ 3 ▬ 2
★ 2 0
★ 1 ▬ 3


**87%**
Would recommend


**100%**
Good value


**92%**
Good quality

### Most relevant reviews

**See all 21 reviews**


by **chinocow**
Dec 23, 2018

### Not for 2003 Passat GLX.

The ad did suggest it would fit a specific model. In my case they don't work. I have 2003 Passat GLX. Size is correct, but the item is a bit rounded/convex. The OEM is flush. And the snap ins are a bit different.  they won't snap in. Just FYI for anyone with the same B5.5 Passat generation.

Quality of product seems very good. The logo itself is fatter than the logo on my OEM cap, but based on the other successful r **Read full review...**

Verified purchase: Yes | Condition: New | Sold by: etargetstore

 


by **turbotato**
Jul 03, 2017

### Great Quality at a Cheap Price!  Made in Germany!

These caps look great and were inexpensive.  The back of the cap is stamped "Made in Germany"...they look original and fit perfectly.

Verified purchase: Yes | Condition: New | Sold by: etargetstore

  


by **latsdeal12**
Jun 08, 2017

### center cap

excellent quality worth the wait!!

Verified purchase: Yes | Condition: New | Sold by: 2382089

 


by **mkmontes90ab**
Apr 28, 2017

### Great Price Fit perfectly

same quality as OEM, fit perfectly on OEM rims

Verified purchase: Yes | Condition: New | Sold by: 2382089

 


by **emil_abreu**
Jul 19, 2016

### Great look, great value

I lost only one, it looks exactly the same as the original three left in my car.

Verified purchase: Yes | Condition: Pre-Owned | Sold by: esncar_su

  

AdChoices

Back to home page

Return to t

**More to explore :** Wheel Center Caps for Volkswagen, Volkswagen Beetle Wheel Center Caps, Volkswagen Cabrio Wheel Center Caps, Volkswagen Eos Wheel Center Caps, Volkswagen Cabriolet Wheel Center Caps, Volkswagen CC Wheel Center Caps

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Information Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ



# huskylover228's

# VW Counterfeit Goods Auction



Daily Deals   Gift Cards   Help & Contact          Sell   My eBay

ebay   Shop by category

Search...                                           All Categories   Sear

Back to home page | Listed in category:   eBay Motors  >  Parts & Accessories  >  Car & Truck Parts  >  Wheels, Tires & Parts  >  Wheel Center Caps

## SAVE ON MARKDOWNS   See all eligible items ▶



### NEW SET OF 4 VW VOLKSWAGEN CHROME CENTER WHEEL COVE LOGO 55mm

13 product ratings

| | |
|---|---|
| Item condition: | New |
| Quantity: | 1   More than 10 available / 4 sold |
| Was: | US $19.99 ⓘ |
| You save: | $5.00 (25% off) |
| Price: | US $14.99 |

Buy It Now

Add to cart

Add to watch list

Add to collection

**Free delivery in 4 days** | 30-day returns | New condition

**Seller information**
huskylover228 (1790)
99.7% Positive feedback

☐ Follow this seller

Visit store: huskylover228

See other items

Shipping:   🚚 FAST 'N FREE
On or before **Wed. Aug. 23** to 22015
Item location: Brooklyn, New York, United States
Ships to: United States and many other countries | See details

Payments:   PayPal  VISA  MasterCard  Discover
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See terms
See details

Returns:   30 days money back, buyer pays return shipping, 10% restocking fee may apply | See details

Guarantee:                                   | See details

Get the item you ordered or get your money back. Covers your purchase price and original shipping.

Have one to sell?   Sell now

## SAVE ON MARKDOWNS*   See all eligible items ▶
Marked down item price reflects all savings. Items provided by huskylover228

**All promotional offers from he**

| Current item | | Add to cart and save! |
|---|---|---|
| ☑ | ☐ | NEW SET OF 4 VW VOLKS. |
| | | Subtotal: |

See all

NEW SET OF 4 VW VOLKSWAGEN CHROME CENTER WHEEL COVER
Was: $19.99
Now: $14.99

4 PCS 55mm Wheel Center Hub Caps Cover Badge Emblem For Volkswagen VW
Was: $19.99
Now: $14.99

* Savings are reflected in item price. Prices are subject to change without notice, while supplies last.
Offer conditions | Learn about pricing

You can change qu

People who viewed this item also viewed

Feedback



SPONSORED

Set of 4 New Style 76mm Wheel Center Caps Auto Ac...

$10.99
Free shipping



SPONSORED

New Set of 4 Land Range Rover Black and Black Logo...

$12.74
$14.99
Free shipping



SPONSORED

New Set of 4 Land Rover - Logo Wheel Emblem Cente...

$11.69
$13.75
Free shipping



SPONSORED

Set of 4pcs New Quality Car Auto Wheel Center Hub C...

$9.77
$11.49
Free shipping



NEW SET OF 4 55MM VW VOLKSWAGEN CHROME...

$7.88
+ Shipping



4x Blue Chrome MW MOST SER...

$8.99
$17.99
+ Shipping

---

**Description**   **Shipping and payments**

eBay item number:

Seller assumes all responsibility for this listing.
Last updated on  Aug 08, 2017 08:33:18 PDT   View all revisions

### Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | VW |
| Other Part Number: | Replacement | Manufacturer Part Number: | 1J0 601 171 |
| UPC: | Does not apply | | |



## SET OF 4 VOLKSWAGEN VW WHEEL HUB CAPS

## Condition: NEW

55mm diameter / length

Fits
Jetta / Bora / Golf MK4, Polo 6N2 / 9N / 9N3, Fox, Touran , Lupo ( this part will fit on most VW OEM wheels)
2002-2005 VW Beetle
1999-2002 VW Golf Cabrio
1996-2004 VW EuroVan
2000-2005 VW Golf Mk4
1993-2005 VW Jetta
1995-1997 VW Passat

Will also fit many other Volkswagen wheels that requires a 2 ½ inch wheel cap or one of the part numbers below

Part Number:

## 1J0 601 171

**Some VW models have different wheels, please ensure fitment by matching the size and/or part number.**



We accept PAYPAL as only payment method. Item will be held 3 days for payment with unconfirmed address.



- Free shipping is only valid for 48 states in US, Hawaii, Alaska, Puerto Rico, Guan, and the Virgin islands are all subject to a extra shipping charges, please contact us for the shipping fee.
- At this time, we only ship within US. A valid and physical US shipping address is required for delivery. Delivery to APO/FPO or P.O BOX via our carriers is unavailable at the moment. All merchandises will be shipped to the address you provide via eBay or PayPal profile.
- If a package is refused or undeliverable, it is the buyer's responsibility to contact us to request reshipment. Reshipments will incur a reshiping fee and the buyer is responsible for the reshiping fee.
- eBay name holds the highest standards in product packaging and inspection before any merchandise is shipped to our customer.
- Please allow 4-8 business days for delivery. If an item has not been shipped within fifteen (15) business days, customers are encouraged to contact us immediately. with their order number, so that we can quickly resolve any outstanding issues with the rder.
- If you would like to change the shipping address or have questions about an order, please contact us within 24 hours after you submit the payment.



We respond all messages from ebay within 24 hours 7 days a week, please do not send us email

### Returns Policy

- All returns MUST be approved before you ship any item back to us.
- Any unscheduled or unapproved returns will be shipped back to you. The buyer is responsible for return shipping costs.
- All shipping and handling fees are non-refundable under any circumstances.
- It is the customer's responsibility to inspect the merchandise prior to signing off package. We are not responsible for any damage whether before or after installment.
- To report fitment issue, a fitment report must be completed and consigned by certified Collision or Body Shop.
- Very rarely, our items may be damaged in some non-obvious way (e.g.: manufacture defects or hidden damage). If you happen to receive such an item, please contact us.



Powered by eBay Turbo Lister
The free listing tool. List your items fast and easy and manage your active items.





---

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

---

## Ratings and Reviews

Write

### 3.9

13 product ratings

| | |
|---|---|
| 5 | 8 |
| 4 | 0 |
| 3 | 2 |
| 2 | 1 |
| 1 | 2 |

83%

Would recommend

83%

Good value

83%

Good quality

---

### Most relevant reviews

See all

**by nyambnaw-0**
Jul 19, 2016

#### QUALITY OF4PC  VW GENUINE WHEEL CENTER CAP HUBCUP LOGO

Hi, i received the vw genuine wheel center cap hubcup logo and have fitted on VW Beetle New and the are of high quality. They have really made n
beautiful. Which other spare parts do you have.

My regards,  Read full review…

Verified purchase: **Yes** | Condition: **New** | Sold by: nanwuguanshiyin...

| (1) | (0) | |

**by lupejoh**
Jun 22, 2017

#### Nice caps

Needed new center caps for my wolfsburg BBS wheels and these fit perfectly, snapped in tight and look perfect.

Verified purchase: **Yes** | Condition: **New** | Sold by: heat8319

| (0) | (0) | |

**by makki008**
May 17, 2017

#### Quality

Good quality

Verified purchase: **Yes** | Condition: **New** | Sold by: otvs9576

| (0) | (0) | |

**by 9225julia**
May 13, 2017

#### Exelent

Verified purchase: **Yes** | Condition: **New** | Sold by: otvs9576

| (0) | (0) | |

**by ralle1996a**
Jan 07, 2017

#### Does not fit

It does not fit for my original VW Lupo rims..

Verified purchase: **Yes** | Condition: **New** | Sold by: butlerxu

| (0) | (0) | |

Back to home page
More to explore :   Wheel Center Caps for Volkswagen,   Wheel Center Caps for Volkswagen EuroVan,   Wheel Center Caps for Volkswagen Fox,   Wheel Center Caps for Volkswagen Golf,
Wheel Center Caps for Volkswagen Corrado,   Wheel Center Caps for Volkswagen Transporter

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Information Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice

# rdwglobal's

# VW Counterfeit Goods Auction



**2014-2017 Volkswagen Alltrack, VW Golf, Sport Wagon and e-golf Center Caps 4pcs**

Ships within 24hrs Free Valve Stem Caps Included!!!

☆☆☆☆☆ Be the first to write a review.

| Item condition: | New |
|---|---|

Compatibility: **See compatible vehicles**

Quantity: 1   More than 10 available
11 sold / See feedback

Price: **US $19.99**   **Buy It Now**

**Add to cart**

5 watching   ↻ Add to watch list
★ Add to collection

100% buyer satisfaction   Free shipping   30-day returns

Shipping: **FAST 'N FREE**
On or before **Sat. Aug. 05** to 22015
Item location: Grand Rapids, Michigan, United States
Ships to: Worldwide

Payments: **PayPal** VISA ▭ DISCOVER
Credit Cards processed by PayPal

**PayPal CREDIT**
Get more time to pay. Apply Now | See terms
See details

Returns: 30 days money back or replacement, buyer pays return shipping | See details

Guarantee: **ebay** MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

✉ ⬛ 🔵 🅿 | Add to watch li

**Seller information**
rdwglobal (735 ★)
100% Positive feedback

✚ Follow this seller
Visit store: 🏪 rdwglobal
See other items

WHOLE FOODS MARKET
Fire Up a Feast This Summer
SEE OUR GRILLING GUIDE

$ Have one to sell?   **Sell now**

---

People who viewed this item also viewed

Feedback on our suggestions



SPONSORED
4 PCS 65mm Wheel Center Hub Caps Cover Bad
$8.16
$8.59
Free shipping



SPONSORED
Volkswagen Wheel Center Cap Jetta Golf Tiguan
$7.95
Free shipping



SPONSORED
Set 4 ASA Alloys Snap In Wheel Center Caps Re
$58.50
$65.00
Free shipping



SPONSORED
VW Golf GTI Beetle Touran Tiguan Passat Wheel C
$7.99
Free shipping



4 PCS 65mm Wheel Center Hub Caps Cover Bad
$6.98
+ Shipping
Last one



4 PCS 65mm Wheel Center Hub Caps Cover Bad
$6.99
+ Shipping

---

**Description**   **Shipping and payments**

Report item

eBay item number: 252748687950

Seller assumes all responsibility for this listing.

Last updated on  Jun 27, 2017 17:14:43 PDT  View all revisions

## Compatibility

Please choose your vehicle year, make and model for specific results.

| Year | Make | Model | Trim | Engine | |
|---|---|---|---|---|---|
| -Select- ▼ | -Select- ▼ | GTI ▼ | All Trims ▼ | All Engines ▼ | Go |

☑ Save to My Vehicles to finds parts faster

[show all compatible vehicles]

### This part is compatible with 27 vehicle(s) matching GTI.

| Notes | Year | Make | Model | Trim | Engine |
|---|---|---|---|---|---|
| | 2016 | Volkswagen | GTI | Autobahn Hatchback 2-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2016 | Volkswagen | GTI | Autobahn Hatchback 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2016 | Volkswagen | GTI | Base Hatchback 2-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2016 | Volkswagen | GTI | Base Hatchback 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2016 | Volkswagen | GTI | Performance Hatchback 2-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2016 | Volkswagen | GTI | S Hatchback 2-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2016 | Volkswagen | GTI | S Hatchback 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2016 | Volkswagen | GTI | SE Hatchback 2-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2016 | Volkswagen | GTI | SE Hatchback 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2016 | Volkswagen | GTI | Autobahn Hatchback 2-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2016 | Volkswagen | GTI | Autobahn Hatchback 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2016 | Volkswagen | GTI | Base Hatchback 2-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2016 | Volkswagen | GTI | Base Hatchback 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | GTI | S Hatchback 2-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | GTI | S Hatchback 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | GTI | SE Hatchback 2-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | GTI | SE Hatchback 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2014 | Volkswagen | GTI | Driver's Edition Hatchback 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2014 | Volkswagen | GTI | Wolfsburg Edition Hatchback 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| | 2013 | Volkswagen | GTI | Base Hatchback 2-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |

Page 1 of 2                                   ‹ 1  2 ›

Portions of the information contained in this table have been provided by rdwglobal

## Item specifics

| Condition: | New | Brand: | VW |
|---|---|---|---|
| Other Part Number: | VW 56mm | Manufacturer Part Number: | 5g0 601 171 |

# Replacement Center Caps for Volkswagen Vehicles
# 4 pack!!
# Replaces part number 5g0 601 171
## Free Valve stem Caps Included!!!

4 new vw center caps to replace your faded, missing or damaged parts  Wheels may fit several other models, please see measurements in images and compare to confirm fitment. Your item will ship within 24 hrs. If you have any questions feel free to ask.

- 66mm outer diameter
- These are aftermarket parts sold at a fraction of the cost of dealer parts.
- May have minor imperfections that can be noticed under close examination
- Quick and easy replacement.
- Ships within 24hrs.
- Quick and friendly customer service. Any questions feel free to ask.

*Part cross reference table:*
5g0 601 171 will fit the following models. Please note: Just because your model is listed below does not necessarily mean it has the correct rim. Different car model packages come with different rim styles so please verify your part number.

- 2014-2017 Golf
- 2014-2017 Golf Sportwagen
- 2017 Alltack
- 2015-2017 e-golf

## *Shipping:*
Your order will be processed and shipped out within 24 hrs out of Grand Rapids, Michigan. Typical shipping time is within 3 days.*** Shipping will be provided by USPS and no signature will be required. Full tracking with delivery confirmation will be provided.

*** Average shipping time is 3 days but can take up to 6 days.

## *Returns:*
If you feel you are not satisfied with your order, or ordered a incorrect part, please contact me so we can work things out. Return shipping will be paid for by the buyer. No restocking fee will be applied.

---

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

---



Be the first to **write a review**.



Back to home page                                                                                          Return to to

**More to explore :**  Volkswagen Golf Wheel Center Caps,  Volkswagen Golf City Wheel Center Caps,  Volkswagen Golf Hub Caps,  Ford E-350 Club Wagon Wheel Center Caps,
Ford E-350 Econoline Club Wagon Wheel Center Caps,  Ford E-150 Club Wagon Wheel Center Caps

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Information Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ



# saoodka's

# VW Counterfeit Goods Auction

| Daily Deals | Gift Cards | Help & Contact    Your Homeroom Headquarters                    Sell | My eBay



**ebay**   Shop by category ▾   Search...                                  All Categories  ▾   Sea

‹ Back to home page | Listed in category:  eBay Motors > Parts & Accessories > Car & Truck Parts > Wheels, Tires & Parts > Wheel Center Caps

### NEW 4X VW golf Jetta passat Tiguan EOS BLUE Center Wheel Caps 171

★★★★½  13 product ratings

| Item condition: | New |
| Compatibility: | See compatible vehicles |
| Quantity: | 1    6 lots available (4 items per lot) / 1 sold |



**Price:** US $26.54    [ Buy It Now ]
[ Add to cart ]
◉ Add to watch list
★ Add to collection

**Seller information**
saoodka (355 ★)
95.6% Positive feedback

+ Follow this seller

Visit store: 🏠 saoodka
See other items

| Free delivery in 4 days | New condition | Located in United States |

Shipping:   🚚 FAST 'N FREE
On or before **Fri. Aug. 04** to 22015
Item location: Clifton Park, New York, United States
Ships to: United States

Payments:   **PayPal**  VISA  MasterCard  AMERICAN EXPRESS  DISCOVER
Credit Cards processed by PayPal

**PayPal CREDIT**
Get more time to pay. Apply Now | See terms
See details

lendingtree Personal Loans, Cash as fast as 24hrs | L

Returns:   14 days money back, buyer pays return shipping
| See details

Guarantee:   **ebay** MONEY BACK GUARANTEE | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

$ Have one to sell?  [ Sell now ]

EL PODER PARA SER CONFIAB
OBTÉN OFERTAS ▸   DI

---

## People who viewed this item also viewed

Feedback









| SPONSORED | SPONSORED | SPONSORED | SPONSORED | | |
| (4) Red Wheel Center Hub Caps VW Volkswagen Beetl... | OEM Wheel Rim Hub Logo Cover 65mm 4pcs Center... | OEM Wheel Rim Hub Logo Cover 65mm 4pcs Center... | Hub Logo Cover OEM Wheel Rim 65mm 4pcs Center... | 4pcs 65mm VW wheel center caps For VW EOS Golf J... | 4X NEW VW Je at EOS Tiguan |
| $16.10 | $15.19 | $15.19 | $15.19 | $7.11 | $17.57 |
| $18.95 | Free shipping | $21.70 | $21.70 | $7.99 | $18.49 |
| Free shipping | | Free shipping | Free shipping | + Shipping | + Shipping |
| | | | | | Almost gone |

---

**Description**   **Shipping and payments**

eBay item number:

Seller assumes all responsibility for this listing.

Last updated on  Jul 18, 2017 14:31:56 PDT  View all revisions

## Compatibility

Please choose your vehicle year, make and model for specific results.

| Year | Make | Model | Trim | Engine | |
|------|------|-------|------|--------|---|
| -Select- ▼ | -Select- ▼ | -Select- ▼ | All Trims ▼ | All Engines ▼ | Go |

☑ Save to My Vehicles to finds parts faster

**[show all compatible vehicles]**

This part is compatible with 331 vehicle(s).

| Notes | Year | Make | Model | Trim | Engine |
|-------|------|------|-------|------|--------|
| | 2011 | Volkswagen | Eos | Comfortline Convertible 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2011 | Volkswagen | Eos | Highline Convertible 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2011 | Volkswagen | Eos | Komfort Convertible 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2011 | Volkswagen | Eos | Lux Convertible 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2011 | Volkswagen | Jetta | Active Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Base Sedan 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Bicentenario Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Comfortline Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Comfortline Wagon 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Highline Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Highline Wagon 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | S Sedan 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | S Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | S Wagon 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | S Wagon 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | SE Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | SE Wagon 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | SEL Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Sport Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2011 | Volkswagen | Jetta | Sportline Sedan 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |

Page 1 of 17                                  ‹  1  2  3  4  5  6  7  8  9  10  ›

Portions of the information contained in this table have been provided by saoodka

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Unbranded |
| Interchange Part Number: | BORA JETTA MK4 GOLF POLO PASSAT | Manufacturer Part Number: | 3B7 601 171 |
| Warranty: | No Warranty | | |

# *One Set of 4 Brand New Volks Wagon BLUE WHEEL CENTER CAPS*

FITS= VW Jetta, Golf, Passat, EOS, Tiguan and most VW OEM wheels

Outside diameter = 2.55 inch (65mm),

Clip diameter approx. 2.16 inch (55mm)

Part number 3B7 601 171

Its buyer's responsibility to check their center caps and compare with this set.

(Please measure your Wheel Caps before bidding)

Fits VW Original Wheels Rims.

Very easy installation

Please check your application.

Package includes 4 pcs.

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

00203

## Ratings and Reviews

Write

 **4.4**
★★★★½
13 product ratings

| | | |
|---|---|---|
| ★ 5 | | 9 |
| ★ 4 | | 2 |
| ★ 3 | | 1 |
| ★ 2 | | 0 |
| ★ 1 | | 1 |

 90%
Would recommend

 100%
Good value

 100%
Good quality

Most relevant reviews

See all

★★★☆☆
by ebshreddin
Jul 26, 2017

### No the right size

Did not fit my stock vw tire that was listed.  I scuffed up one cap trying to get it to pop in. Assuming I can not return a damaged cap, im out $15.

Verified purchase: Yes | Condition: New | Sold by: nextyisz

👍(0)  👎(0)  !

★★★★★
by kwabee12
Jun 07, 2017

### Good one

I love it is really good

Verified purchase: Yes | Condition: New | Sold by: a-tecmarket

👍(0)  👎(0)  !

★★★★★
by staudukes
Apr 05, 2017

### Incredible

It's so fast and the items quality is high. No words, best and fastest delivery.

Verified purchase: Yes | Condition: New | Sold by: catwok99

👍(0)  👎(0)  !

★★★★★
by xguzman
Jun 12, 2017

### Is really good for the price

Verified purchase: Yes | Condition: Pre-Owned | Sold by: glob_store

👍(0)  👎(0)  !

★★★★★
by kleenjezign
Jun 30, 2017

### Great!

As Described.

Verified purchase: Yes | Condition: Pre-Owned | Sold by: deluxe-choice

👍(0)  👎(0)  !



**Learn How To Earn $30 Back**
As a statement credit if you are approved for a new eBay Extras MasterCard® account

Learn More →

Back to home page

**More to explore :**  Volkswagen Tiguan Wheel Center Caps,  Volkswagen Eos Wheel Center Caps,  Volkswagen Jetta Wheel Center Caps,  Volkswagen Passat Wheel Center Caps,  Volkswagen Passat CC Wheel Center Caps,  Volkswagen Golf Wheel Center Caps

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Information Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ







# sourthern_wheel_caps's
# VW Counterfeit Goods Auction



4pcs. NEW VW Jetta golf passat EOS Tiguan Center Wheel Cap 3B7 601 171 RED

★★★★★ 13 product ratings

| | |
|---|---|
| Item condition: | New |
| Compatibility: | See compatible vehicles |
| Quantity: | 1   3 lots available (4 items per lot) 11 sold / See feedback |
| Was: | US $17.93 |
| You save: | $0.90 (5% off) |
| Price: | US $17.03   **Buy It Now** |
| | **Add to cart** |
| | 10 watching   ○ Add to watch list   ★ Add to collection |

**100% buyer satisfaction**   **Limited quantity remaining**   **More than 78% sold**

| | |
|---|---|
| Shipping: | $3.95 Standard Shipping | See details Item location: Houston, Texas, United States Ships to: United States and many other countries | See details |
| Delivery: | Estimated on or before Fri. Aug. 04 to 22015 |
| Payments: | PayPal VISA DISCOVER Credit Cards processed by PayPal **PayPal CREDIT** Get more time to pay. Apply Now | See terms See details |
| Returns: | 30 days money back, buyer pays return shipping | See details |
| Guarantee: | ebay MONEY BACK GUARANTEE | See details Get the item you ordered or get your money back. Covers your purchase price and original shipping. |

**Seller Information**

southern_wheel_caps (12418 ★)
99.2% Positive feedback

+ Follow this seller

Visit store: Wheel Caps for less
See other items

xfinity

Solo dile "Soccer" al
Control Remoto por voz X1

$ Have one to sell?   **Sell now**

---

People who viewed this item also viewed

Feedback on our suggestions



SPONSORED
(4) Red Wheel Center Hu
b Caps VW Volkswagen
$16.10
$16.95
Free shipping

SPONSORED
OEM Wheel Rim Hub Log
o Cover 65mm 4pcs Cent
$15.19
Free shipping



SPONSORED
OEM Wheel Rim Hub Log
o Cover 65mm 4pcs Cent
$15.19
$21.70
Free shipping



SPONSORED
Hub Logo Cover OEM Wh
eel Rim 65mm 4pcs Ce
$15.19
$21.70
Free shipping



4pcs 65mm VW wheel ca
nter caps For VW EOS G
$7.11
$7.99
+ Shipping



4pcs. NEW VW Jetta golf
passat EOS Tiguan Cent
$17.98
$18.93
+ Shipping
Almost gone

---

**Description**   **Shipping and payments**

Report Item



eBay item number: 222480360113

Seller assumes all responsibility for this listing.

Last updated on  Jul 13, 2017 08:35:35 PDT  View all revisions

## Compatibility

Please choose your vehicle year, make and model for specific results.

| Year | Make | Model | Trim | Engine |
|------|------|-------|------|--------|
| -Select- ▼ | Volkswagen ▼ | -Select- ▼ | All Trims ▼ | All Engines ▼ | Go |

☑ Save to My Vehicles to finds parts faster

[show all compatible vehicles]

This part is compatible with 888 vehicle(s) matching Volkswagen.

| Notes Important part details | Year | Make | Model | Trim | Engine |
|---|---|---|---|---|---|
| 2 ½ inch wheel ... | 2014 | Volkswagen | Beetle | Base Convertible 2-Door | 1.8L 1798CC 110Cu. In. I4 GAS DOHC Turbocharged |
| 2 ½ inch wheel ... | 2014 | Volkswagen | Beetle | Base Convertible 2-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| 2 ½ inch wheel ... | 2014 | Volkswagen | Beetle | Base Hatchback 2-Door | 1.8L 1798CC 110Cu. In. I4 GAS DOHC Turbocharged |
| 2 ½ inch wheel ... | 2014 | Volkswagen | Beetle | Base Hatchback 2-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| 2 ½ inch wheel ... | 2014 | Volkswagen | Beetle | Comfortline Convertible 2-Door | 1.8L 1798CC 110Cu. In. I4 GAS DOHC Turbocharged |
| 2 ½ inch wheel ... | 2014 | Volkswagen | Beetle | Comfortline Convertible 2-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| 2 ½ inch wheel ... | 2014 | Volkswagen | Beetle | Comfortline Hatchback 2-Door | 1.8L 1798CC 110Cu. In. I4 GAS DOHC Turbocharged |
| 2 ½ inch wheel ... | 2014 | Volkswagen | Beetle | Comfortline Hatchback 2-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| 2 ½ inch wheel ... | 2014 | Volkswagen | Beetle | Comfortline TDI Convertible 2-Door | 2.0L 1968CC 120Cu. In. I4 DIESEL DOHC Turbocharged |
| 2 ½ inch wheel ... | 2014 | Volkswagen | Beetle | Comfortline TDI Hatchback 2-Door | 2.0L 1968CC 120Cu. In. I4 DIESEL DOHC Turbocharged |
| 2 ½ inch wheel ... | 2014 | Volkswagen | Beetle | GSR Hatchback 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| 2 ½ inch wheel ... | 2014 | Volkswagen | Beetle | Highline Convertible 2-Door | 1.8L 1798CC 110Cu. In. I4 GAS DOHC Turbocharged |
| 2 ½ inch wheel ... | 2014 | Volkswagen | Beetle | Highline Convertible 2-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| 2 ½ inch wheel ... | 2014 | Volkswagen | Beetle | Highline Hatchback 2-Door | 1.8L 1798CC 110Cu. In. I4 GAS DOHC Turbocharged |
| 2 ½ inch wheel ... | 2014 | Volkswagen | Beetle | Highline Hatchback 2-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| 2 ½ inch wheel ... | 2014 | Volkswagen | Beetle | Highline TDI Convertible 2-Door | 2.0L 1968CC 120Cu. In. I4 DIESEL DOHC Turbocharged |
| 2 ½ inch wheel ... | 2014 | Volkswagen | Beetle | Highline TDI Hatchback 2-Door | 2.0L 1968CC 120Cu. In. I4 DIESEL DOHC Turbocharged |
| 2 ½ inch wheel ... | 2014 | Volkswagen | Beetle | R-Line Convertible 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| 2 ½ inch wheel ... | 2014 | Volkswagen | Beetle | R-Line Hatchback 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| 2 ½ inch wheel ... | 2014 | Volkswagen | Beetle | Sport Hatchback 2-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |

Page 1 of 45                   ‹ 1  2  3  4  5  6  7  8  9  10 ›

Portions of the information contained in this table have been provided by southern_wheel_caps

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Manufacturer Part Number: | 3B7 601 171 |
| Surface Finish: | RED / CHROME | Interchange Part Number: | BORA JETTA MK4 GOLF POLO PASSAT |
| Other Part Number: | 3B7-601-171-XRW | Brand: | Unbranded |
| Superseded Part Number: | 3B7601171XRW | Placement on Vehicle: | Left, Right, Front, Rear |
| UPC: | Does not apply | | |

## Wheel Caps for less

southern_wheel_caps (12418 ⭐ )  99.2%

Visit Store:  Wheel Caps for less

📧 Sign up for newsletter

## Categories

### This auction is for One Set of 4 Brand New Volks Wagon WHEEL CENTER CAPS

FITS= VW Jetta, Golf, Passat, EOS, Tiguan and most VW OEM wheels



Bumpers

Mirrors

Ford

Other

**Out side diameter = 2.55 Inch (65mm),**

Clip diameter approx. 2.16 Inch (55mm)

### Part number    3B7 601 171

*2012-2014 Volkswagen Beetle*
*2009-2014 Volkswagen CC*
*2007-2011 Volkswagen EOS*
*2006-2014 Volkswagen GTI*
*1995-2014 Volkswagen Golf*
*2010-2013 Volkswagen Golf Sports Wagon*
*1996-2014 Volkswagen Jetta*
*1995-2014 Volkswagen Passat*
*2004-2006 Volkswagen Phaeton*
*2008 Volkswagen R32*
*2009-2014 Volkswagen Tiguan*

**Its buyers responsibility to check their center caps and compare with this set.**

**( please measure your Wheel Caps before bidding )**

**Fits VW Original Wheels Rims.**
**Very easy Installation**
**Please check your application.**
**Package include 4 pcs.**





I'm PayPal Verified



**International Buyers - Please Note:**

- Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer's responsibility.
- Please check with your country's customs office to determine what these additional costs will be prior to bidding/buying.

*Other information a seller may wish to include:*

- These charges are normally collected by the delivering freight (shipping) company or when you pick the item up – do not confuse them for additional shipping charges.
- We do not mark merchandise values below value or mark items as "gifts" - US and International government regulations prohibit such behavior.

## Questions and answers about this item

No questions or answers have been posted about this item.

Ask a question

 00761

## Ratings and Reviews

Write a review

**4.4**
★★★★½
13 product ratings

| ★ 5 | | 9 |
| ★ 4 | | 2 |
| ★ 3 | | 1 |
| ★ 2 | | 0 |
| ★ 1 | | 1 |

 90% Would recommend

 100% Good value

 100% Good quality

### Most relevant reviews

See all 8 reviews


★★★☆☆
by ebehreddin
Jul 28, 2017

**No the right size**

Did not fit my stock vw tire that was listed. I scuffed up one cap trying to get it to pop in. Aasuming I can not return a damaged cap, im out $15.

Verified purchase: Yes | Condition: New | Sold by: nastylez

 (0)    (0)    !


★★★★★
by kwabee12
Jun 07, 2017

**Good one**

I love it Is really good

Verified purchase: Yes | Condition: New | Sold by: e-tecmarket

 (0)    (0)    !


★★★★★
by siaudukes
Apr 05, 2017

**Incredible**

It's so fast and the items quality is high. No words, best and fastest delivery.

Verified purchase: Yes | Condition: New | Sold by: cabrok99

 (0)    (0)    !


★★★★★
by **xguzmen**
Jun 12, 2017

### Is really good for the price

Verified purchase: Yes | Condition: Pre-Owned | Sold by: glob_store

 


★★★★★
by **kleenjezign**
Jun 30, 2017

### Great!

As Described.

Verified purchase: Yes | Condition: Pre-Owned | Sold by: deluxe-choice

 

Back to home page                                                                    Return to t

**More to explore :**  Volkswagen Tiguan Wheel Center Caps,  Volkswagen Eos Wheel Center Caps,  Volkswagen Jetta Wheel Center Caps,  Volkswagen Passat Wheel Center Caps,
Volkswagen Passat CC Wheel Center Caps,  Volkswagen Golf Wheel Center Caps

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Information Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ



# us2014-suidm's

# VW Counterfeit Goods Auction

ebay

Search...                                                                 All Categories ▼

Back to home page | Listed in category:   eBay Motors  ›  Parts & Accessories  ›  Car & Truck Parts  ›  Wheels, Tires & Parts  ›  Wheel Center Caps
                                           eBay Motors  ›  Parts & Accessories  ›  Car & Truck Parts  ›  Decals/Emblems/License Frames  ›  Emblems





### NEW 4PC SET RED 56MM VW VOLKSWAGEN GOLF BEETLE WHEEL HUB CAPS LOGO 1J0601171

| | | |
|---|---|---|
| Item condition: | New | |
| Compatibility: | See compatible vehicles | |
| Quantity: | 1 | More than 10 available 151 sold / See feedback |

Price:   US $18.99        Buy It Now

                          Add to cart

123 watching            Add to watch list
                        Add to collection

| 151 sold | More than 65% sold | 31 inquiries |

Shipping:  🚚 FAST 'N FREE
           On or before **Tue. Aug. 22** to 22015
           Item location: Seattle, Washington, United States
           Ships to: Worldwide

Payments:  PayPal  VISA  MasterCard  American Express  Discover
           Credit Cards processed by PayPal

           **PayPal CREDIT**
           Get more time to pay. Apply Now / See terms
           See details

Returns:   30 days money back or item exchange, buyer pays return shipping | See details

Guarantee: | See details
           Get the item you ordered or get your money back.
           Covers your purchase price and original shipping.

| Add to watch list

**Seller information**
us2014-suidm (17460 )
98.6% Positive feedback

☐ Follow this seller

Visit store:   us2014-suidm
See other items

---

People who viewed this item also viewed                                    Feedback on our suggestions



SPONSORED
(4) Red Wheel Center Hub Caps VW Volkswagen B
$16.95
Free shipping



SPONSORED
OEM 55mm Hub Logo E mblem Wheel Center Cap
$9.99
Free shipping

SPONSORED
NEW 4PC Volkswagen C enter Cap Set 56MM VW
$18.95
~~$48.95~~
Free shipping

SPONSORED
4×Plating Blue Wheel Cen ter Hub Caps For VW Golf
$12.58
Free shipping

NEW 4PC SET 56MM VW VOLKSWAGEN GOLF BE
$14.99
+ Shipping
Almost gone



NEW 4PC SET 56MM VW VOLKSWAGEN GOLF BE
$11.00
+ Shipping

---

**Description** | Shipping and payments                                    Report item

eBay item number: 152255152358

Seller assumes all responsibility for this listing.

Last updated on  Aug 11, 2017 19:05:47 PDT  View all revisions

## Compatibility

Please choose your vehicle year, make and model for specific results.

| Year | Make | Model | Trim | Engine | |
|------|------|-------|------|--------|---|
| -Select- ▾ | -Select- ▾ | -Select- ▾ | All Trims ▾ | All Engines ▾ | Go |

☑ Save to **My Vehicles** to finds parts faster

[show all compatible vehicles]

This part is compatible with 467 vehicle(s).

| Notes | Year | Make | Model | Trim | Engine |
|-------|------|------|-------|------|--------|
| | 2015 | Volkswagen | Polo | Base Hatchback 4-Door | 1.6L 1598CC 98Cu. In. I4 GAS DOHC Naturally Aspirated |
| | 2014 | Volkswagen | Polo | Comfortline Hatchback 4-Door | 1.2L 1197CC 73Cu. In. I4 GAS SOHC Turbocharged |
| | 2014 | Volkswagen | Polo | GTI Hatchback 2-Door | 1.4L 1390CC 85Cu. In. I4 GAS DOHC Turbo/Supercharged |
| | 2014 | Volkswagen | Polo | Highline Hatchback 4-Door | 1.2L 1197CC 73Cu. In. I4 GAS SOHC Turbocharged |
| | 2013 | Volkswagen | Polo | Comfortline Hatchback 4-Door | 1.2L 1197CC 73Cu. In. I4 GAS SOHC Turbocharged |
| | 2013 | Volkswagen | Polo | GTI Hatchback 2-Door | 1.4L 1390CC 85Cu. In. I4 GAS DOHC Turbo/Supercharged |
| | 2013 | Volkswagen | Polo | Highline Hatchback 4-Door | 1.2L 1197CC 73Cu. In. I4 GAS SOHC Turbocharged |
| | 2011 | Volkswagen | Gol | Base | 1.6L 1598CC 98Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2010 | Volkswagen | Beetle | Base Convertible 2-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2010 | Volkswagen | Beetle | Base Hatchback 2-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2010 | Volkswagen | Beetle | Comfortline Convertible 2-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2010 | Volkswagen | Beetle | Comfortline Hatchback 2-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2010 | Volkswagen | Beetle | GLS Hatchback 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2010 | Volkswagen | Beetle | Sport GLX Hatchback 2-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2010 | Volkswagen | Beetle | Sport Hatchback 2-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2010 | Volkswagen | Gol | Base | 1.6L 1598CC 98Cu. In. I4 GAS SOHC Naturally Aspirated |
| | 2010 | Volkswagen | Golf | Base Hatchback 2-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2010 | Volkswagen | Golf | Base Hatchback 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2010 | Volkswagen | Golf | Comfortline Hatchback 2-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2010 | Volkswagen | Golf | Comfortline Hatchback 4-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |

Page 1 of 24                                            1  2  3  4  5  6  7  8  9  10

Portions of the information contained in this table have been provided by us2014-suidm

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | SET OF 4 |
| Other Part Number: | BADGE 56MM 2 1/5 2.2 INCH 2.2" RED SILVER CHROME | Manufacturer Part Number: | 1J0 601 171/ 1JO601171/ CHROME EMBLEM CENTER |
| Placement on Vehicle: | Left, Right, Front, Rear | Interchange Part Number: | LIKE OEM ORIGINAL FACTORY GENUINE STOCK RIM COVER |

**<u>SET OF 4 RED VOLKSWAGEN VW WHEEL HUB CAPS</u>**

**<u>CONDITION: NEW</u>**

**56mm (2 ⅛ inches) diameter / length**

**Fits**
**1998-2010 Volkswagen Beetle**
**1999-2010 Volkswagen Golf**
**1999-2009 Volkswagen Jetta**
**2006-2011 Volkswagen Gol**
**2003-2005 Volkswagen Bora**
**2004-2012 Volkswagen Fox**
**2002-2015 Volkswagen Polo**
**2006-2011 Volkswagen Parati**
**2006-2013 Volkswagen Saveiro**
**2011-2014 Volkswagen Suran**
**2012-2015 Volkswagen UP!**
**2015-2016 Volkswagen XL1**

**Will also fit many other Volkswagen wheels that requires a 2 ⅛ inch wheel cap or one of the part numbers below**

*Part Number:*          *1J0601171*

*Other Compatible Part Numbers:*
                    1J0 601 171

**IMPORTANT**
**Some VW models have different wheels, please ensure fitment by matching the size and/or part number prior to submittir**

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

06755

---

Related buying guides :   Chrome Wheel Center Caps Buying Guide,   Universal Wheel Center Caps Buying Guide

More to explore :   Hub Caps for Volkswagen Beetle,   VW Hub Caps & Trim,   Hub Caps for Volkswagen Super Beetle,   Hub Caps for Volkswagen Golf,
Wheel Hubs & Bearings for Volkswagen Beetle,   Wheel Center Caps for Volkswagen Beetle

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Information Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice

# vwparts4sale2015's
# VW Counterfeit Goods Auction



**ebay**   Search...                                                    All Categories ▼

‹ Back to home page  | Listed in category:  eBay Motors › Parts & Accessories › Car & Truck Parts › Wheels, Tires & Parts › Hub Caps

This item is out of stock.

### Blue & Silver Center Wheel Cap 65mm - VW Beetle CC EOS GTI Jetta Passat Tiguan

| | |
|---|---|
| Item condition: | **New** |
| Compatibility: | See compatible vehicles |
| Quantity: | 1     0 available / 2 sold |
| Price: | **US $9.95** |
| Shipping: | 🚚 **FAST 'N FREE**<br>On or before **Thu. Aug. 03** to 22015<br>Item location: Cockeysville, Maryland, United States<br>Ships to: Worldwide |
| Payments: | PayPal VISA [MasterCard] [DISCOVER]<br>Credit Cards processed by PayPal<br><br>**PayPal CREDIT**<br>Get more time to pay. Apply Now | See terms<br>See details |
| Returns: | 30 days money back or item exchange, buyer pays return shipping | See details |
| Guarantee: | ebay MONEY BACK GUARANTEE | See details<br>Get the item you ordered or get your money back. Covers your purchase price and original shipping. |

📧 [f] [tw] [D] [P] | Add to watch li

**Seller information**
vwparts4sale2015 (18625 ⭐) mⓉ
99% Positive feedback

+ Follow this seller

Visit store: [Ⓥ] VAGTEX
See other items

Safelite AutoGlass® - Save $20 with Promo Code DK20.
Safelite AutoGlass

Schedule Now to Save $20 on Cash Windshield Replacements. Use the code DK20!

[map: Washington Blvd  Washington Blvd]
🌐 WEBSITE     ◈ DIRECTIONS

$ Have one to sell?  **Sell now**

---

**Description**    **Shipping and payments**                          **Report item**

eBay item number: 302238171863

Seller assumes all responsibility for this listing.
Last updated on Jun 13, 2017 12:59:16 PDT  View all revisions

#### Compatibility

Please choose your vehicle year, make and model for specific results.

Year        Make        Model       Trim            Engine
-Select- ▼  -Select- ▼  -Select- ▼  All Trims    ▼  All Engines  ▼  Go
☑ Save to My Vehicles to finds parts faster

[show all compatible vehicles]

This part is compatible with 850 vehicle(s).

| Notes | Year | Make | Model | Trim | Engine |
|---|---|---|---|---|---|
| | 2015 | Volkswagen | Beetle | Base Convertible 2-Door | 1.8L 1798CC 110Cu. In. I4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | Beetle | Base Hatchback 2-Door | 1.8L 1798CC 110Cu. In. I4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | Beetle | Classic Hatchback 2-Door | 1.8L 1798CC 110Cu. In. I4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | Beetle | R-Line Convertible 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | Beetle | R-Line Hatchback 2-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | Beetle | Sport Hatchback 2-Door | 2.5L 2480CC 151Cu. In. I5 GAS DOHC Naturally Aspirated |
| | 2015 | Volkswagen | Beetle | TDI Convertible 2-Door | 2.0L 1968CC 120Cu. In. I4 DIESEL DOHC Turbocharged |
| | 2015 | Volkswagen | Beetle | TDI Hatchback 2-Door | 2.0L 1968CC 120Cu. In. I4 DIESEL DOHC Turbocharged |
| | 2015 | Volkswagen | CC | Base Sedan 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | CC | Base Sedan 4-Door | 3.6L 3597CC 220Cu. In. V6 GAS DOHC Naturally Aspirated |
| | 2015 | Volkswagen | CC | Execline Sedan 4-Door | 3.6L 3597CC 219Cu. In. V6 GAS DOHC Naturally Aspirated |
| | 2015 | Volkswagen | CC | Executive 4 Motion Sedan 4-Door | 3.6L 3597CC 219Cu. In. V6 GAS DOHC Naturally Aspirated |
| | 2015 | Volkswagen | CC | Executive Sedan 4-Door | 2.0L 1984CC 121Cu. In. I4 GAS DOHC Turbocharged |

| | 2015 | Volkswagen | CC | Highline Sedan 4-Door | 2.0L 1984CC 121Cu. I4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | CC | R-Line Sedan 4-Door | 2.0L 1984CC 121Cu. I4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | CC | Sport Sedan 4-Door | 2.0L 1984CC 121Cu. I4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | CC | Sportline Sedan 4-Door | 2.0L 1984CC 121Cu. I4 GAS DOHC Turbocharged |
| | 2015 | Volkswagen | e-Golf | SEL Premium Hatchback 4-Door | ELECTRIC |
| | 2016 | Volkswagen | Eos | Executive Convertible 2-Door | 2.0L 1984CC 121Cu. I4 GAS DOHC Turbocharged |
| | 2016 | Volkswagen | Eos | Final Edition Convertible 2-Door | 2.0L 1984CC 121Cu. I4 GAS DOHC Turbocharged |

Page 1 of 43          **1** 2 3 4 5 6 7 8 9 10 >

Portions of the information contained in this table have been provided by vwparts4sale2015

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | Aftermarket |
| Other Part Number: | 3B7601171XRW , 3B7601171 XRW , 3B7 601 171 XRW | Manufacturer Part Number: | 3B7 601 171 , 3B7 601171 , 3B7601171 |
| IMPORTANT!!!: | VERIFY THE PART FITMENT IN THE ITEMS DESCRIPTION! | Interchange Part Number: | rim , hub, chrome, black, 65, mm, hub, logo |

**∇VAGTEX**

**VAGTEX**
vwparts4sale2016 (18625 ⭐) me 99%

Welcome rayholio. Visit my Store to see **new items** that you might like.

Search within store...  🔍

Visit Store:  **VAGTEX**

**Categories**

**∇VAGTEX**                1-855-666-0052
Questions, Give us a call!

**Center Wheel Cap - Blue & Silver (Brand New)**          Part#: **3B7 601 171**
**- for 16", 17", 18" wheels**

**Brand: Aftermarket**
**Dimensions:**
**2 1/2 inch / 65mm (Front)**
**2 1/8 inch / 55mm (Bottom Clip)**

**- Please be advised that these caps only fit certain rims of vehicles listed. The only way to guarantee fitment is to match your existing wheel cap`s part number with the part number in the listing. If you are not sure, please verify that our dimensions, match the measurements of your existing cap!**
**- To find the part number of the cap that you need, please remove one of your existing cap, read and match the part number on the back. If the part number does not match our listing, then you are buying a wrong cap!!!**

**Fitment Info:**

| Year: | Make: | Model: | Engine: | Notes: | Color: |
|---|---|---|---|---|---|
| 2012 | VW | Beetle | - | - | Black and Silver |
| 2013 | VW | Beetle | | | |
| 2014 | VW | Beetle | | | |
| 2015 | VW | Beetle | | | |
| | | | | | |
| 2009 | VW | CC | | | |
| 2010 | VW | CC | | | |
| 2011 | VW | CC | | | |
| 2012 | VW | CC | | | |
| 2013 | VW | CC | | | |
| 2014 | VW | CC | | | |
| 2015 | VW | CC | | | |
| | | | | | |
| 2007 | VW | EOS | | | |
| 2008 | VW | EOS | | | |
| 2009 | VW | EOS | | | |
| 2010 | VW | EOS | | | |
| 2011 | VW | EOS | | | |
| 2012 | VW | EOS | | | |
| 2013 | VW | EOS | | | |
| 2014 | VW | EOS | | | |
| 2015 | VW | EOS | | | |
| | | | | | |
| 2006 | VW | Rabbit Mk5 | | | |
| 2007 | VW | Rabbit Mk5 | | | |
| 2008 | VW | Rabbit Mk5 | | | |

| | | |
|---|---|---|
| Audi A4 /B8 (08-present) | | |
| | 2009 | VW | Rabbit Mk5 |
| Audi A4 /B7 (05-08) | | |
| | 2006 | VW | GTI Mk5 |
| | 2007 | VW | GTI Mk5 |
| | 2008 | VW | GTI Mk5 |
| | 2009 | VW | GTI Mk5 |
| Audi A4 /B6 (02-05) | | |
| | 2010 | VW | Golf / GTI Mk6 |
| Audi A4 /B5 (98-01) | | |
| | 2011 | VW | Golf / GTI Mk6 |
| | 2012 | VW | Golf / GTI Mk6 |
| | 2013 | VW | Golf / GTI Mk6 |
| Audi A4 /B4 (96-98) | | |
| | 2014 | VW | Golf / GTI Mk6 |
| | 2015 | VW | Golf / GTI Mk7 |
| Audi A6 /C6 (04-11) | | |
| | 2005 | VW | Jetta Mk5 |
| | 2006 | VW | Jetta Mk5 |
| Audi A6 /C5 (97-04) | | |
| | 2007 | VW | Jetta Mk5 |
| | 2008 | VW | Jetta Mk5 |
| | 2009 | VW | Jetta Mk5 |
| Audi A5 /8T (08-present) | | |
| | 2010 | VW | Jetta Mk5 |
| Audi A6 /C4 (94-97) | | |
| | 2011 | VW | Jetta Mk6 |
| | 2012 | VW | Jetta Mk6 |
| | 2013 | VW | Jetta Mk6 |
| Audi A8 /D3 (02-09) | | |
| | 2014 | VW | Jetta Mk6 |
| | 2015 | VW | Jetta Mk6 |
| Audi Q5 (09 - present) | | |
| | 2001 | VW | Passat B5.5 |
| | 2002 | VW | Passat B5.5 |
| Audi Q7 (05 - 09) | | |
| | 2003 | VW | Passat B5.5 |
| | 2004 | VW | Passat B5.5 |
| | 2005 | VW | Passat B5.5 |
| Audi TT / Mk2 (06 - present) | | |
| | 2006 | VW | Passat B6 |
| | 2007 | VW | Passat B6 |
| | 2008 | VW | Passat B6 |
| Audi TT /Mk1 (98-06) | | |
| | 2009 | VW | Passat B6 |
| | 2010 | VW | Passat B6 |
| Golf Jetta Mk5 (05-10) | | |
| | 2012 | VW | Passat B7 |
| | 2013 | VW | Passat B7 |
| Golf Jetta Mk4 (99-05) | | |
| | 2014 | VW | Passat B7 |
| | 2015 | VW | Passat B7 |
| Golf Jetta Mk3 (93-98) | | |
| | 2004 | VW | Phaeton |
| | 2005 | VW | Phaeton |
| | 2006 | VW | Phaeton |
| Golf Jetta Mk2 (85-92) | | |
| | 2009 | VW | Tiguan |
| | 2010 | VW | Tiguan |
| Passat /B6 (05-10) | | |
| | 2011 | VW | Tiguan |
| | 2012 | VW | Tiguan |
| Passat /B5 & B5.5 (96-05) | | |
| | 2013 | VW | Tiguan |
| | 2014 | VW | Tiguan |
| | 2015 | VW | Tiguan |
| Passat /B4 (93-97) | | |
| | 2011 | VW | Touareg |
| | 2012 | VW | Touareg |
| Passat /B3 (88-93) | | |
| | 2013 | VW | Touareg |
| | 2014 | VW | Touareg |
| | 2015 | VW | Touareg |
| Cabrio 3 (95-02) | | |
| New Beetle (98-05) | | |
| Other | | |

## Shiping Information:

**We offer FREE shipping on some of our items , within the US Mainland ONLY (48 continental states*** with physical address).**

**\*NOT including HI, AK, PR, GU, AS, MP, FM, MH, PW, UMI, VI, APO, FPO.**
**\*\*Extra postage required for those regions. Postage paid by customer! Please contact with us for more info.**

## Return Information:

**\*\* All RETURNS will be accepted for the following reasons:**
**\* 1. IF YOU RECEIVE WRONG ITEM**
**\* 2. IF THE ITEM IS NOT THE SAME AS DESCRIBED**
**\* 3. IF THE ITEM IS BROKEN (WHICH MEAN ONLY OUTSIDE DAMAGE!)**

**\* ANY OTHER REASON WILL BE CHARGED 25% RESTOCKING FEE**

\* Money Back ONLY if the item is returned at the same condition as is had been sold and it is
haven't been installed(Original Condition)!
\* Shipping and Handling fees are not refundable.
\* After **30 Days** all sales are **final**

**Payment Information:**

We gladly accept: Paypal, Visa, Master Card, Discover and
American Express.
6% sales tax is required when shipped within the state of Maryland.

  

**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

00181

 **Learn How To Earn $30 Back**
As a statement credit if you are approved for a new eBay Extras MasterCard® account
Learn More →

Back to home page                                                                                                                                    Return to t...

**More to explore :**  Volkswagen Passat CC Wheel Center Caps,  Volkswagen Tiguan Wheel Center Caps,  Volkswagen Eos Wheel Center Caps,  Volkswagen GTI Wheel Center Caps,
Volkswagen Jetta Wheel Center Caps,  Volkswagen CC Wheel Center Caps

About eBay     Announcements     Community     Security Center     Resolution Center     Seller Information Center     Policies     Affiliates     Help & Contact     Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice ⓘ



**Apply Now.**
Study at Canada's
No. 1 Animation School!
VANCOUVER FILM SCHOOL