# Exhibit 4

# Audi Counterfeit Goods on eBay Auctions

# sourthern_wheel_caps's Audi Counterfeit Goods Auction

Sell    My eBay

Search...    All Categories ▼

Back to home page  | Listed in category:  eBay Motors  >  Parts & Accessories  >  Car & Truck Parts  >  Wheels, Tires & Parts  >  Wheel Center Caps





Have one to sell?   Sell now

### 4 pcs AUDI A3 A4 A6 RS4 WHEEL CENTER HUB CAP CAPS SET 4B0 601 170

15 product ratings

| Item condition: | New |
| Compatibility: | See compatible vehicles |
| Quantity: | 1    3 lots available (4 items per lot) / 67 sold |
| Was: | US $16.95 |
| You save: | $0.85 (5% off) |
| Price: | US $16.10    **Buy It Now** |
|  |    **Add to cart** |
|  | 20 watching    Add to watch list |
|  |    Add to collection |

| 67 sold | More than 95% sold | Experienced seller |

| Shipping: | $5.95  Economy Shipping | See details |
|  | Item location: Houston, Texas, United States |
|  | Ships to: United States and many other countries | See details |
| Delivery: | Estimated on or before **Tue. Aug. 15** to 22015 |
| Payments: | PayPal VISA MasterCard AmEx Discover |
|  | Credit Cards processed by PayPal |
|  | PayPal CREDIT |
|  | Get more time to pay. Apply Now | See terms |
|  | See details |
| Returns: | 30 days money back, buyer pays return shipping | See details |
| Guarantee: | | See details |
|  | Get the item you ordered or get your money back. Covers your purchase price and original shipping. |

**Seller information**
sourthern_wheel_caps (12449 )
99.2% Positive feedback

☐ Follow this seller

Visit store:    Wheel Caps for less
See other items

| Add to watch list

---

**People who viewed this item also viewed**   Feedback on our suggestions

    

| SPONSORED | SPONSORED | SPONSORED | SPONSORED |  |  |
| 4Pcs Chrome Gray Wheel Center Hub Caps Fit AUD | 4×Chrome Black Wheel Center Hub Caps For AUDI | 4 PCS 60mm Wheel Center Hub Cap Emblem Badg | Chrome Gray Wheel Center Hub Caps Set Fit AUDI | AUDI A3 A4 A6 RS4 WHEEL CENTER HUB CAP 4 | RARE 4 pcs AUDI A3 A4 A6 RS4 WHEEL CENTER |
| $17.08 | $15.18 | $9.50 | $15.18 | $16.10 | $16.10 |
| $17.98 | $15.98 |  | $15.98 | $16.95 | $16.95 |
| Free shipping | Free shipping | Free shipping | Free shipping | + Shipping | + Shipping |
|  |  |  |  | Almost gone | Almost gone |

Report item

| Description | Shipping and payments |
|---|---|

eBay item number: 221576996650

Seller assumes all responsibility for this listing.

Last updated on  Jul 25, 2017 11:42:06 PDT   View all revisions

## Compatibility

Please choose your vehicle year, make and model for specific results.

Year: -Select-
Make: Audi
Model: -Select-
Trim: All Trims
Engine: All Engines
[Go]

☑ Save to **My Vehicles** to finds parts faster

[show all compatible vehicles]

This part is compatible with 122 vehicle(s) matching Audi.

| Notes<br>**Important part details** | Year | Make | Model | Trim | Engine |
|---|---|---|---|---|---|
| 16", 17" &... | 2009 | Audi | A3 | Ambiente Hatchback 4-Door | 1.4L 1390CC 85Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &... | 2009 | Audi | A3 | Ambiente Hatchback 4-Door | 1.8L 1798CC 110Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &... | 2009 | Audi | A3 | Attraction Hatchback 4-Door | 1.8L 1798CC 110Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &... | 2009 | Audi | A3 | Attraction Hatchback 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Naturally Aspirated |
| 16", 17" &... | 2009 | Audi | A3 | Attraction Hatchback 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &... | 2009 | Audi | A3 | Attraction Plus Hatchback 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Naturally Aspirated |
| 16", 17" &... | 2009 | Audi | A3 | Attraction Plus Hatchback 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &... | 2009 | Audi | A3 | Base Hatchback 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &... | 2009 | Audi | A3 | Cabrio Convertible 2-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Naturally Aspirated |
| 16", 17" &... | 2009 | Audi | A3 | Cabrio Convertible 2-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &... | 2009 | Audi | A3 | S Line Hatchback 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &... | 2009 | Audi | A4 | Base Sedan 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &... | 2009 | Audi | A4 | Cabriolet Convertible 2-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &... | 2009 | Audi | A4 | Luxury Sedan 4-Door | 1.8L 1781CC 109Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &... | 2009 | Audi | A4 | Luxury Sedan 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &... | 2009 | Audi | A4 | Sport Sedan 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &... | 2009 | Audi | A4 | Trendy Plus Sedan 4-Door | 1.8L 1781CC 109Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &... | 2009 | Audi | A4 | Trendy Plus Sedan 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &... | 2009 | Audi | A4 | Trendy Sedan 4-Door | 1.8L 1781CC 109Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &... | 2009 | Audi | A4 | Trendy Sedan 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |

Page 1 of 7     1  2  3  4  5  6  7

Portions of the information contained in this table have been provided by sourthern_wheel_caps

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Manufacturer Part Number: | 4b0601170 |
| Placement on Vehicle: | Left, Right, Front, Rear | Interchange Part Number: | A2 A3 A8 S4 S6 A4 A6 RS4 RS6 TT and AllRoad |
| Brand: | Unbranded | Warranty: | 90 Day |
| UPC: | Does not apply | | |

## Wheel Caps for less

sourthern_wheel_caps ( 12449  )   99.2%

Visit Store:   Wheel Caps for less

📧 Sign up for newsletter

## Categories

This auction is for One Complete Set of 4 Brand New Audi
WHEEL CENTER CAPS
Part number 4B0 601

**Outside Diameter =** 2.3 inch (Front),
Bottom Clips = 2.2 inch

Bumpers

Mirrors

Ford

Other

**( please measure your Wheel Caps before bidding )**
Top quality, 100% brand new, exactly as pictured.

Fitment : **Audi A2, A3, A8, S4, S6, A4, A6,RS4, RS6, TT and AllRoad**

**(Will  fit on most OEM wheels)**

Fits Audi Original Wheels Rims.
Very easy installation
It should fit the following models:

| Complete Set of 4  Wheel Center Caps | | |
|---|---|---|
| Fitment : | 2006~2009 | Audi A3 16" & 17" & 18" Wheel (6/14/16/20 Spoke) |
| | | Audi A4 16" & 18" Wheel 7 Spoke & 14 Spoke |
| | | Audi S4 18" Wheel 14 Spoke & 15 Spoke |
| | | Audi Q7 18" Wheel 7 Spoke & 5 Double Spoke & 20" Wheel 5 Double Spoke |
| | 2007~2009 | Audi A8 20" Wheel 7 Double Spoke |
| | | Audi S8 20" Wheel 7 Double Spoke |
| | | Audi A6 19" Wheel |
| | | Audi S6 19" Wheel 5 Double Spoke |
| | | Audi RS4 19" Wheel 7 Double Spoke |
| Condition : | Brand New | |
| Size : | Diameter Approx. 70mm (Cap), 55m (Back Clip) | |
| Features : | Direct Fit, Perfect OEM Replacement, Quality Guaranteed | |
| | | |
| Please CONFIRM The Size & Parts Number Before Bidding! | | |

Please check your application.







**I'm PayPal Verified**



**Attention Buyers:**
**Please contact us @ toll free (888) 769 7278  If you received less then 5 star service.**
**Thanks**

**International Buyers - Please Note:**
- Import duties, taxes and charges are not included in the item price or shipping charges. These charges are the buyer's responsibility.
- Please check with your country's customs office to determine what these additional costs will be prior to bidding/buying.

*Other information a seller may wish to include:*

- These charges are normally collected by the delivering freight (shipping) company or when you pick the item up – do not confuse them for additional shipping charges.
- We do not mark merchandise values below value or mark items as "gifts" - US and International government regulations prohibit such behavior.

**WE WILL NOT SHIP TO PUERTO RICO (PR)**

# WE WILL NOT SHIP TO PUERTO RICO (PR)

YOUR MONEY WILL BE REFUNDED IF YOU ACCIDENTALLY BUY ANY OF OUR ITEMS.

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

03815

## Ratings and Reviews

Write a review



**4.5**
15 product ratings

| Stars | Count |
|---|---|
| 5 | 11 |
| 4 | 2 |
| 3 | 1 |
| 2 | 1 |
| 1 | 0 |

**92%** Would recommend     **92%** Good value     **91%** Good quality

Most relevant reviews                                                                 See all 8 reviews

by **bach1john**
May 30, 2017

### Quality caps

Product is fine, but the shipment was quite slow. More than one week more than advertixed

Verified purchase: Yes | Condition: New | Sold by: automotivesupplier

(0) (0)

by **zzugman**
Mar 16, 2017

### Great product.

They fit my audi perfectly.  Very reasonable price.   Couldn't beat it.  Love the free Tire valve caps.  It adds a nice touch.  Highly recommend.
.

Verified purchase: Yes | Condition: New | Sold by: sparecarparts-us

(1) (0)

by **dbow7415**
May 30, 2017

### happy

made the wheels look great, best, price , would buy again

Verified purchase: Yes | Condition: New | Sold by: sparecarparts-us

(0) (0)

by **kutyatm12**
Jun 28, 2017

### It s cool fit werry well

Verified purchase: Yes | Condition: New | Sold by: caishendaowojia...

(0) (0)

by **mchorvi1973**
Jun 08, 2017

### Good stuff

Verified purchase: Yes | Condition: New | Sold by: caishendaowojia...

(0) (0)

Back to home page                                                                                                    Return to to

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Information Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice





# sourthern_wheel_caps's Audi Counterfeit Goods Auction

Sell    My eBay

Search...    All Categories ▼

Back to home page  | Listed in category:  eBay Motors > Parts & Accessories > Car & Truck Parts > Wheels, Tires & Parts > Wheel Center Caps





Have one to sell?    Sell now

**RARE 4 pcs AUDI A3 A4 A6 RS4 WHEEL CENTER HUB CAP CAPS SET 4B0 601 170 BLACK**

15 product ratings

| Item condition: | New |
| Compatibility: | See compatible vehicles |
| Quantity: | 1    2 lots available (4 items per lot)  168 sold / See feedback |
| Was: | US $16.95 |
| You save: | $0.85 (5% off) |
| Price: | US $16.10    Buy It Now |
| | Add to cart |
| 82 watching | Add to watch list |
| | Add to collection |

| 100% buyer satisfaction | 168 sold | More than 98% sold |

| Shipping: | $5.95  Economy Shipping | See details |
| | Item location: Houston, Texas, United States |
| | Ships to: United States and many other countries | See details |
| Delivery: | Estimated on or before **Tue. Aug. 15** to 22015 |
| Payments: | PayPal VISA MasterCard AmEx Discover |
| | Credit Cards processed by PayPal |
| | PayPal CREDIT |
| | Get more time to pay. Apply Now | See terms |
| | See details |
| Returns: | 30 days money back, buyer pays return shipping | See details |
| Guarantee: | | See details |
| | Get the item you ordered or get your money back. Covers your purchase price and original shipping. |

**Seller information**
southern_wheel_caps (12449 )
99.2% Positive feedback

☐ Follow this seller

Visit store:    Wheel Caps for less
See other items

| Add to watch list

People who viewed this item also viewed    Feedback on our suggestions

     

| SPONSORED | SPONSORED | SPONSORED | SPONSORED | | |
| 4Pcs Chrome Gray Wheel Center Hub Caps Fit AUD | 4Pcs Chrome Black Wheel Center Hub Caps For A | Matte Black Wheel Center Hub Cap For AUDI A4 B8 | 4Pcs Chrome Gray Wheel Center Hub Caps For AU | 4 pcs AUDI A3 A4 A6 RS 4 WHEEL CENTER HUB | New AUDI A3 A4 A6 RS4 WHEEL CENTER HUB C |
| $17.08 | $17.08 | $10.05 | $17.08 | $16.10 | $19.99 |
| $17.98 | $17.98 | $10.58 | $17.98 | $16.95 | + Shipping |
| Free shipping | Free shipping | Free shipping | Free shipping | + Shipping | |
| | | | | Almost gone | |

| Description | Shipping and payments | | | | | Report item |
|---|---|---|---|---|---|---|

eBay item number: 221302326040

Seller assumes all responsibility for this listing.
Last updated on  Jul 25, 2017 11:42:07 PDT  View all revisions

## Compatibility

Please choose your vehicle year, make and model for specific results.

Year: -Select-   Make: Audi   Model: -Select-   Trim: All Trims   Engine: All Engines   [Go]

☑ Save to **My Vehicles** to finds parts faster

[show all compatible vehicles]

This part is compatible with 122 vehicle(s) matching Audi.

| Notes<br>**Important part details** | Year | Make | Model | Trim | Engine |
|---|---|---|---|---|---|
| 16", 17" &… | 2009 | Audi | A3 | Ambiente Hatchback 4-Door | 1.4L 1390CC 85Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &… | 2009 | Audi | A3 | Ambiente Hatchback 4-Door | 1.8L 1798CC 110Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &… | 2009 | Audi | A3 | Attraction Hatchback 4-Door | 1.8L 1798CC 110Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &… | 2009 | Audi | A3 | Attraction Hatchback 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Naturally Aspirated |
| 16", 17" &… | 2009 | Audi | A3 | Attraction Hatchback 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &… | 2009 | Audi | A3 | Attraction Plus Hatchback 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Naturally Aspirated |
| 16", 17" &… | 2009 | Audi | A3 | Attraction Plus Hatchback 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &… | 2009 | Audi | A3 | Base Hatchback 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &… | 2009 | Audi | A3 | Cabrio Convertible 2-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Naturally Aspirated |
| 16", 17" &… | 2009 | Audi | A3 | Cabrio Convertible 2-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &… | 2009 | Audi | A3 | S Line Hatchback 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &… | 2009 | Audi | A4 | Base Sedan 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &… | 2009 | Audi | A4 | Cabriolet Convertible 2-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &… | 2009 | Audi | A4 | Luxury Sedan 4-Door | 1.8L 1781CC 109Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &… | 2009 | Audi | A4 | Luxury Sedan 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &… | 2009 | Audi | A4 | Sport Sedan 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &… | 2009 | Audi | A4 | Trendy Plus Sedan 4-Door | 1.8L 1781CC 109Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &… | 2009 | Audi | A4 | Trendy Plus Sedan 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &… | 2009 | Audi | A4 | Trendy Sedan 4-Door | 1.8L 1781CC 109Cu. In. l4 GAS DOHC Turbocharged |
| 16", 17" &… | 2009 | Audi | A4 | Trendy Sedan 4-Door | 2.0L 1984CC 121Cu. In. l4 GAS DOHC Turbocharged |

Page 1 of 7                                                                                       1   2   3   4   5   6   7

Portions of the information contained in this table have been provided by sourthern_wheel_caps

## Item specifics

| | | | |
|---|---|---|---|
| Condition: | New | Manufacturer Part Number: | 4b0601170 |
| Part Brand: | Replacement | Interchange Part Number: | A2 A3 A8 S4 S6 A4 A6 RS4 RS6 TT and AllRoad |
| Placement on Vehicle: | Left, Right, Front, Rear | Warranty: | 90 Day |
| Brand: | Unbranded | UPC: | Does not apply |

## Wheel Caps for less

sourthern_wheel_caps ( 12449 )  99.2%

✉ Sign up for newsletter

Visit Store:   Wheel Caps for less

## Categories

Bumpers

Mirrors

Ford

Other

This auction is for One Complete Set of 4 Brand New Audi WHEEL CENTER CAPS

# IN BLACK COLOR

Part number 4B0 601

**Outside Diameter =** 2.3 inch (Front),
Bottom Clips = 2.2 inch
**( please measure your Wheel Caps before bidding )**
Top quality, 100% brand new, exactly as pictured.

**Fitment : Audi A2, A3, A8, S4, S6, A4, A6,RS4, RS6, TT and AllRoad**

**(Will  fit on most OEM wheels)**

**Fits Audi Original Wheels Rims.**
Very easy installation
It should fit the following models:

| Complete Set of 4 Wheel Center Caps | | |
|---|---|---|
| Fitment : | 2006~2009 | Audi A3 16" & 17" & 18" Wheel (6/14/16/20 Spoke) |
| | | Audi A4 16" & 18" Wheel 7 Spoke & 14 Spoke |
| | | Audi S4 18" Wheel 14 Spoke & 15 Spoke |
| | | Audi Q7 18" Wheel 7 Spoke & 5 Double Spoke & 20" Wheel 5 Double Spoke |
| | 2007~2009 | Audi A8 20" Wheel 7 Double Spoke |
| | | Audi S8 20" Wheel 7 Double Spoke |
| | | Audi A6 19" Wheel |
| | | Audi S6 19" Wheel 5 Double Spoke |
| | | Audi RS4 19" Wheel 7 Double Spoke |
| Condition : | Brand New | |
| Size : | Diameter Approx. 58mm (Cap), | |
| Features : | Direct Fit, Perfect OEM Replacement, Quality Guaranteed | |
| | | |
| Please CONFIRM The Size & Parts Number Before Bidding! | | |

Please check your application**.**

| Questions and answers about this item |
|---|
| No questions or answers have been posted about this item. |
| Ask a question |

08997

| Ratings and Reviews | Write a review |
|---|---|

| 4.5 | 5  4 | 11  2 | 92% | 92% | 91% |
|---|---|---|---|---|---|
| 15 product ratings | 3  2  1 | 1  1  0 | Would recommend | Good value | Good quality |

Most relevant reviews                                                                                    See all 8 reviews

by **bach1john**
May 30, 2017

### Quality caps
Product is fine, but the shipment was quite slow. More than one week more than advertixed

Verified purchase: **Yes** | Condition: **New** | Sold by: **automotivesupplier**

(0)   (0)

by **zzugman**
Mar 16, 2017

### Great product.
They fit my audi perfectly.  Very reasonable price.  Couldn't beat it.  Love the free Tire valve caps.  It adds a nice touch.  Highly recommend.
.

Verified purchase: **Yes** | Condition: **New** | Sold by: **sparecarparts-us**

(1)   (0)

by **dbow7415**
May 30, 2017

### happy
made the wheels look great, best, price , would buy again

Verified purchase: **Yes** | Condition: **New** | Sold by: **sparecarparts-us**

(0)   (0)

by **kutyatm12**
Jun 28, 2017

### It s cool fit werry well
Verified purchase: **Yes** | Condition: **New** | Sold by: **caishendaowojia...**

(0)   (0)

by **mchorvi1973**
Jun 08, 2017

### Good stuff
Verified purchase: **Yes** | Condition: **New** | Sold by: **caishendaowojia...**

(0)   (0)

Back to home page                                                                                                  Return to to
**More to explore :**   Wheel Center Caps for Audi RS4,   Wheel Center Caps for Audi A6,   Wheel Center Caps for Audi A4,   Wheel Center Caps for Audi A3,   Hub Caps for Audi A3,
Hub Caps for Audi A6

About eBay   Announcements   Community   Security Center   Resolution Center   Seller Information Center   Policies   Affiliates   Help & Contact   Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice

# Performanceevolutionparts'
# Audi Counterfeit Goods Auction

Sell    My eBay

eBay   Search...   All Categories ▼

Back to home page | Listed in category: eBay Motors > Parts & Accessories > Car & Truck Parts > Wheels, Tires & Parts > Wheel Center Caps





### Audi Wheel Center Hub Cap Silver Emblem Badge Logo 69mm 4B0601170A, 4 pieces

| | | | Add to watch list |
|---|---|---|---|
| Item condition: | New | | |
| Sale ends in: | **13h 16m 33s** | | **Seller information** |
| Quantity: | 1  More than 10 available / 5 sold | | performanceevolutionparts (566    ) |
| Was: | US $19.95 | | 99.8% Positive feedback |
| You save: | $2.00 (10% off) | | ☐ Follow this seller |
| Price: | US $17.95 | Buy It Now | |
| | | Add to cart | Visit store:   rainbowpalace613 |
| | 2 watching | Add to watch list | See other items |
| | | Add to collection | |

| **Free delivery in 3 days** | 30-day returns | New condition |

Shipping:  🚚 FAST 'N FREE
On or before **Tue. Aug. 22** to 22015
Item location: Brooklyn, New York, United States
Ships to: United States and many other countries | See details

Payments:  PayPal VISA MasterCard Amex Discover
Credit Cards processed by PayPal

PayPal CREDIT
Get more time to pay. Apply Now | See terms
See details

Returns: 30 days money back, buyer pays return shipping | See details

Guarantee: | See details
Get the item you ordered or get your money back.
Covers your purchase price and original shipping.

---

### People who viewed this item also viewed

Feedback on our suggestions

     

| SPONSORED | SPONSORED | SPONSORED | SPONSORED | 4pcs Audi Wheel Center Hub Cap Black Emblem B | 4 Silver Car Alloy Wheel Center Hub Cap Emblem |
|---|---|---|---|---|---|
| 4 Gloss Black Car Wheel Center Hub Cap Emble | 4 Gray Sliver Car Wheel Center Hub Cap Emblem | 4 PCS 68mm Wheel Center Hub Cap Emblem Badg | AUDI Wheel Center SILVER Hub 4pcs Caps Embl | $7.77 | $16.19 |
| $15.19 | $15.19 | $10.99 | $16.95 | + Shipping | $17.99 |
| $15.99 | $15.99 | Free shipping | Free shipping | | + Shipping |
| Free shipping | Free shipping | | | | Popular |

Have one to sell?  Sell now

---

Description | Shipping and payments       Report item

eBay item number: 112280387080

Seller assumes all responsibility for this listing.

Last updated on Aug 08, 2017 22:30:23 PDT View all revisions

**Item specifics**

| | | | |
|---|---|---|---|
| Condition: | New | Brand: | For Audi |
| Manufacturer Part Number: | 4B0601170A | | |

## Product Detail

Material: ABS Plastic

Qty: 4 Pieces

Size: 69 MM

## Payment

We accepts PayPal and requires immediate payment.

## Shipping Information

Arrive time: 3-5 Business days

Carriers: USPS / FedEx / UPS

We will ship Customer's orders to the address provided by Customer within the continental United States in accordance with Customer' selection of available shipping options when Customer's order is processed on the Website. We will use commercially reasonable effort to ship Customer's products within two (1) business days from the date of Customer's order. While we will make every reasonable effort to ship Customer's orders within these time frames, We are not responsible or liable for any delay in receiving or completing Customer' order that is caused by an event beyond the our reasonable control. However, we will help our customers contact USPS for any delay c undelivered tracking status.

## Return Policy

All products that are sold from us come with a 30 day warranty and a no questions asked no hassle return policy. If you have any issue with your product please bring it to our attention immediately and we will do our best to correct ALL issues. Our customer service team answers all eBay messages daily within a timely fashion.



**Questions and answers about this item**

No questions or answers have been posted about this item.

Ask a question

This is a private listing and your identity will not be disclosed to anyone except the seller.

Back to home page                                                                                                                                 Return to to

Related buying guides :   Chrome Wheel Center Caps Buying Guide,   Universal Wheel Center Caps Buying Guide

About eBay    Announcements    Community    Security Center    Resolution Center    Seller Information Center    Policies    Affiliates    Help & Contact    Site Map

Copyright © 1995-2017 eBay Inc. All Rights Reserved. User Agreement, Privacy, Cookies and AdChoice



