# Exhibit 5

# aliju2003syed's Shipping Label





# auto_nation2000's Shipping Label





# autodeals2013's Shipping Label





# autosrong's Shipping Label





# deluxe-choice's Shipping Label





# ehsa2014's Shipping Label





# frasdorp3's Shipping Label





# grandautos's Shipping Label





# heat8319's Shipping Label





**"j wurn{ nqxgt 44: 's Shipping Label**



08/09/2017
From 11204
0 lbs 4 ozs

ComBasPrice
NO SURCHARGE

024P0007875961

# USPS FIRST-CLASS™ PKG

JASON LI
2323 86TH ST
BROOKLYN NY 11214

0000



**USPS TRACKING #**

9400 1096 9993 7814 6477 63



# rdwglobal's Shipping Label





# saoodka's Shipping Label





# sourthern_wheels_caps's Shipping Label





# wu2016/uwl o 's Shipping Label





# vwparts4sale2015's Shipping Label



