# Exhibit 6

# sourthern_wheel_caps's Shipping Label








# performanceevolutionparts's Shipping Label




