# Exhibit 7

# Volkswagen Counterfeit Goods from eBay Auctions

# aliju2003syed's Counterfeit Products







# auto_nation2000's Counterfeit Products







# autodeals2013's Counterfeit Products







# autosrong's Counterfeit Products







# deluxe-choice's Counterfeit Products







# ehsa2014's Counterfeit Products







# frasdorp3's Counterfeit Products







# grandautos's Counterfeit Products







# heat8319's Counterfeit Products







# Defendant 44: 's Counterfeit Products







# rdwglobal's Counterfeit Products







# saoodka's Counterfeit Products







# sourthern_wheels_caps's
# Counterfeit Products







# wu4236/uwlfo's Counterfeit Products







# vwparts4sale2015's Counterfeit Products





