# Exhibit 8

# Audi Counterfeit Goods on eBay Auctions

# sourthern_wheel_caps's Counterfeit Products







# sourthern_wheel_caps's Counterfeit Products







# performanceevolutionparts's Counterfeit Products





