# AFFIDAVIT OF PROCESS SERVER

United States District Court for the Eastern District of Virginia



| | |
|---|---|
| **Volkswagen AG, et. al.**<br><br>                    Plaintiff(s),<br>vs.<br><br>**Syed Iqbal, et. al.**<br><br>                    Defendant(s). | Attorney: Daniel E. Yonan<br><br>Sterne, Kessler, Goldstein and Fox, PLLC<br>1100 New York Ave NW Suite 800<br>Washington DC 20005<br><br><br>*220715* |

**Case Number: 1:17-cv-00970-LMB-IDD**

Legal documents received by Same Day Process Service, Inc. on **10/02/2017 at 12:45 PM** to be served upon **David Seal at 6640 Taylor Road B101, Punta Gorda, FL 33950**

I, **Owen R. Youngblood**, swear and affirm that on **October 16, 2017 at 10:50 AM**, I did the following:

**Personally Served David Seal** the person listed as the intended recipient of the legal document with this Summons; Notice; First Amended Verified Complaint; Exhibits at 6640 Taylor Road B101, Punta Gorda, FL 33950.

**Description of Person Accepting Service:**
Sex: Male Age: 61 Height: 5ft9in-6ft0in Weight: 161-200 lbs Skin Color: Caucasian Hair Color: Salt and Pepper

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Owen R. Youngblood
Process Server

**Same Day Process Service, Inc.**
1413 K St., NW, 7th Floor
Washington DC 20005

(202)-398-4200

Internal Job ID:220715

