UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| **VOLKSWAGEN AG, AUDI AG, and VOLKSWAGEN GROUP OF AMERICA, INC.,** <br><br> **Plaintiffs,** <br><br> v. <br><br> **UNINCORPORATED ASSOCIATIONS, et al.** <br><br> **Defendants.** | Civil Action No. 1:17-cv-970-LMB-IDD |

## NOTICE TO THE COURT

Undersigned counsel write to update this Court on matters relating to the Court's November 1, 2017 Order (Dkt. 28, "Order") requesting that Plaintiffs obtain an entry of default, file a motion for default judgment, and file a Notice setting the hearing of the motion for default judgment for 10:00 a.m. on Friday, December 1, 2017 with regard to Defendant Dimo Karaboyukov ("Karaboyukov").

Plaintiffs wish to inform the Court that they are currently engaged in settlement discussions with Defendant Karaboyukov, who is representing himself *pro se*. Plaintiffs expect those discussions to result in a Dismissal of this Action against Mr. Karaboyukov, and to conclude no later than November 20th. Plaintiffs therefore respectfully ask that the Court hold in abeyance the obligations set forth in its Order until November 20th.

Date: November 6, 2017        /s/ Daniel E. Yonan
Daniel E. Yonan (VSB No. 46019)
Monica Riva Talley (VSB No. 41840)
Michael D. Specht (VSB No. 42410)
Daniel S. Block (*pro hac vice*)
STERNE KESSLER GOLDSTEIN & FOX, PLLC
1100 New York Ave., N.W., Suite 800
Washington, DC 20005-3934
Telephone No.: (202) 371-2600
Facsimile No.: (202) 371-2540
dyonan@skgf.com
mtalley@skgf.com
mspecht@skgf.com
dblock@skgf.com

*Attorneys for Plaintiffs*
*Volkswagen AG, Audi AG, and*
*Volkswagen Group of America, Inc.*